# EXHIBIT II

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
7/8/2025 8:00 AM
By: Terri Chavez , Deputy

**ALSTON & BIRD LLP**
JEFFREY D. DINTZER, SBN 139056
jeffrey.dintzer@alston.com
GARRETT B. STANTON, SBN 324775
garrett.stanton@alston.com
350 South Grand Avenue, 51st Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100

**PAUL HASTINGS LLP**
DUNCAN JOSEPH MOORE, SBN 233955
djmoore@paulhastings.com
BENJAMIN J. HANELIN, SBN 237595
benjaminhanelin@paulhastings.com
NATALIE C. ROGERS, SBN 301254
natalierogers@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067
Telephone: (310) 620-5879
Facsimile: (310) 620-5899

Attorneys for Real Parties in Interest
SABLE OFFSHORE CORP. and PACIFIC PIPELINE COMPANY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA BARBARA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Petitioners and Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., <br><br> Respondents and Defendants, <br><br> and <br><br> SABLE OFFSHORE CORP., et al., <br><br> Real Parties in Interest. | Case No. 25CV02244 <br> [Coordinated with Case No. 25CV02247] <br><br> Assigned for all purposes to: <br> Hon. Donna D. Geck <br><br> **DECLARATION OF MICHAEL J. ROSENFELD IN SUPPORT OF REAL PARTIES IN INTEREST SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTON (VOL. 3 OF 4)** <br><br> [*Filed concurrently with Opposition to Application for Preliminary Injunction; Declarations of Michael A. Mische, Bart Leininger, Brien Vierra, and Steve Rusch*] <br> Date:        July 18, 2025 <br> Time:        10:00 AM <br> Dept.:        4 <br><br> Complaint Filed:        April 15, 2025 <br> Trial Date:        None Set |

1

DECLARATION OF MICHAEL J. ROSENFELD

# VOLUME 3 OF 4 (EXHIBIT H)

# TO DECLARATION OF MICHAEL ROSENFELD

# EXHIBIT H

# Appendix M

# Det Norske Veritas (U.S.A.), Inc. (DNV GL): Line 901 Release (5/19/15) Mechanical and Metallurgical Testing

**DNV·GL**

**Final Report**

# Line 901 Release (5/19/15): Mechanical and Metallurgical Testing

**Plains All American Pipeline, L.P.**
**Houston, Texas**

Report No.:  OAPUS309DNOR (PP136049)
September 18, 2015

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

| | | |
|---|---|---|
| Project Name: | Line 901 Release (05-19-15): Mechanical and Metallurgical Testing | DET NORSKE VERITAS (U.S.A.), INC. (DNV GL) Materials & Corrosion Technology Center Incident Investigation 5777 Frantz Road Dublin, OH 43017-1886 United States Tel: (614) 761-1214 Fax: (614) 761-1633 www.dnvgl.com |
| Customer: | Plains All American Pipeline, P.L. | |
| Contact Person: | | |
| Date of Issue: | September 18, 2015 | |
| Project No.: | PP136049 | |
| Organization Unit: | Incident Investigation | |
| Report No.: | OAPUS309DNOR | |

Task and Objective:

Please see Executive Summary.

| Prepared by | Verified by | Approved by |
|---|---|---|
| David M. Norfleet, Ph.D., P.E. Principal Engineer | John A. Beavers, Ph.D., FNACE Director – Incident Investigation | Neil G. Thompson, Ph.D., FNACE Senior VP, Pipeline Services |

| | Keywords |
|---|---|
| ☐ Unrestricted Distribution (internal and external) ☐ Unrestricted Distribution within DNV GL ☐ Limited Distribution within DNV GL after 3 years ☒ No Distribution (confidential) ☐ Secret | |

| Rev. No. | Date | Reason for Issue: | Prepared by: | Verified by: | Approved by: |
|---|---|---|---|---|---|
| 0 | 2015-08-06 | First Issue | | | |
| 1 | 2015-09-18 | Final | | | |

Copyright © DNV GL 2015.  All rights reserved.  This publication or parts thereof may not be copied, reproduced, or transmitted in any form, or by any means, whether digitally or otherwise without the prior written consent of DNV GL. DNV GL and the Horizon Graphic are trademarks of DNV GL AS.  The content of this publication shall be kept confidential by the customer, unless otherwise agreed in writing.  Reference to part of this publication, which may lead to misinterpretation, is prohibited.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

## Executive Summary

Plains All American Pipeline, L.P. (Plains) retained Det Norske Veritas (U.S.A.), Inc. (DNV GL) to perform a metallurgical analysis and mechanical testing on a section of pipe from Line 901 - Las Flores to Gaviota (L901), 24-inch nominal diameter crude oil pipeline that failued while in service.  The failure occurred on May 19, 2015 in Goleta (Santa Barbara County), California at milepost (MP) 4, 33.5 feet downstream (D/S) of the nearest upstream (U/S) girth weld and 4.05 miles D/S of the nearest U/S pump station. A failure of a pipe segment can be characterized either as a leak or a rupture; the failure on L901 is characterized as a leak.[1]

The section of the pipeline that failed is comprised of 24-inch diameter by 0.344-inch wall thickness, API 5L Grade X65 line pipe steel that contains a high frequency electric resistance welded (ERW) longitudinal seam and was manufactured by Nippon Steel in 1986.  The maximum operating pressure (MOP) is 1,341[2] pounds per square inch gauge (psig) (72% of the specified minimum yield strength [SMYS]).  The pressure at the time of failure was reported by Plains to be 737 psig (39.6% of SMYS) at the failure location and time of failure.

The pipeline was installed in 1990 and constructed using pipe that was externally coated with a coal tar urethane coating on the steel substrate, 1.5-inch thick rigid polyurethane foam, and an external polyethylene tape.  The pipeline has an impressed current cathodic protection (CP) system with the nearest rectifier located 4.05 miles U/S of the failure location, at the Las Flores Pump Station.  A hydrostatic test was performed at the time of commissioning for 8 hours at 1719 psi (Gaviota Station) on November 25th, 1990.  In-line inspection (ILI) runs, consisting of deformation and magnetic flux leakage (MFL) tools, were performed in 2007, 2012, and 2015.

The failed pipe joint and 5 feet of the U/S and D/S joints were removed from the failure location and delivered to DNV GL in two pipe sections for analysis.  Pipe Section 1 (PS 1) was 19.05 feet in length and contained 5.05 feet of the U/S joint, the U/S girth weld, and

---

1   According to the *FRACTURE CONTROL TECHNOLOGY FOR NATURAL GAS PIPELINES CIRCA 2001* (the PRCI report superseding NG-18 Report 208), "The distinction between leak and rupture for the pipeline community is based on the size and configuration of the breach, not how it develops. A "leak" is characterized by a narrow slit-like hole with length less than the diameter, which limits the fluid volume that escapes through the breach. In contrast, a "rupture" involves a longer, open hole that can be bulged over its length, which is on the order of a diameter or longer and can permit escape of a significant fluid volume."  Similarly, the research performed as part of the historical NG-18 work identified empirical equations to predict the length at which a feature will propagate versus pop through and arrest; the leak/rupture length.  Based on these calculations and visual observations, the length of the feature is consistent with a leak, arresting within the corrosion feature, and did not propagate outside of the feature into nominal wall-thickness pipe.

2   Theoretical maximum operating pressure at the lowest elevation using the lowest pressure of either 80% of the commissioning hydro-test pressure, the 72% of SMYS, or the lowest component rating along the line segment.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

15 feet of the failure joint located U/S of the failure.  Pipe Section 2 (PS 2) was 31.06 feet in length and contained the failure location, the D/S girth weld, a 2013 composite repair sleeve, and 5 feet of the D/S joint.  The objective of the analysis was to determine the metallurgical (or immediate) cause of the failure.

***Metallurgical Cause:   The results of the metallurgical analysis indicate that the failure occurred at an area of wall thinning from external corrosion that ultimately failed by ductile overload under the imposed operating pressure.  The morphology of the external corrosion observed on the pipe section is consistent with corrosion under insulation facilitated by wet-dry cycling.***

The following steps were performed for this analysis.  The pipe sections were visually inspected and photographed.  The external polyethylene (PE) tape was removed from PS 1 and PS 2 and visually inspected and photographed.  The external pipe surfaces (with insulation) were laser scanned using a FaroArm™ to produce digital maps.  The insulation from PS 2 was then removed and the pipe was visually inspected and photographed.  The coal tar coating was then removed around the failure location, areas of corrosion, and at the ends of each pipe section.

Wall thicknesses, diameters, and circumferences were measured at various locations on PS 1 and PS 2 where coating was removed and there was no measurable corrosion.  Corrosion products were collected from PS 2 for characterization. Analyses performed on these products included:  (1) pH testing using litmus paper, (2) spot tests for carbonates and sulfides using 2-normal hydrochloric acid (2N HCl), (3) elemental analyses using energy dispersive spectroscopy (EDS) with a scanning electron microscope (SEM) and (4) compound identification using x-ray diffraction (XRD).

Swab samples were also obtained for bacteria analyses at two locations; an area of external corrosion and an area where the coating was disbonded but there was negligible external corrosion.  Separate swab samples were taken for serial dilution and microscopic analysis.  Liquid culture media for acid-producing bacteria (APB), sulfate-reducing bacteria (SRB), nitrate-reducing bacteria (NRB), aerobic bacteria (AERO), anaerobic bacteria (ANA), and iron-related bacteria (IRB) was used for the serial dilutions to evaluate growth of various types of bacteria.  A five vial serial dilution (1:10,000) was performed using each type of media.

Coupons containing the failure location and areas of corrosion were cut from PS 2 using cold-cutting techniques.  Coupon 1 contained the failure location and was a full ring section removed between 30.66 and 35.95 feet from the U/S GW.  Coupon 2 contained external corrosion features further U/S from the failure location and was removed between 14.00 and 20.60 feet from the U/S GW; between the 4- and 8-o'clock orientations.  The internal

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing

and external surfaces were visually inspected and photographed. Where necessary, the samples were cleaned using a degreaser (LPS Presolve®) and acetone. Ultrasonic testing (UT) was performed on the samples removed from PS 2, using a 1-inch by 1-inch grid spacing, to produce a thickness map. The external and internal pipe surfaces of these coupons were laser scanned to produce a thickness contour dataset. Magnetic particle inspection (MPI) was performed on the external and internal pipe surfaces of the coupon containing the failure location.

The fracture surfaces were cleaned with methanol and acetone, optically examined, and photographed. Samples were then removed from one of the mating fracture surfaces, cleaned with Rhodine inhibited HCl solution and ENPREP® 214 to remove corrosion products, and examined at high magnifications in an SEM to document the fracture morphology. Transverse cross sections were removed from the suspected failure origin, an area of corrosion further U/S, and across the longitudinal seam weld of the failure joint. The transverse cross sections were mounted, polished, and etched. Light photomicrographs were taken to document the fracture and corrosion morphologies and steel microstructure. In addition, corrosion products collected from an area adjacent to the failure location and from areas of corrosion further U/S of the failure were mounted in cross-section and polished. Light photomicrographs were taken to document the corrosion product morphologies. Elemental analysis using EDS was performed to identify the elemental constituents of each.

Soil analyses were conducted on a sample removed (in the field) approximately 8 feet U/S of the U/S girth weld (GW). The soil was tested for resistivity, moisture content, pH, total acidity, total alkalinity, concentration of soluble anions and cations, total dissolved solids, and linear polarization resistance.

Mechanical (duplicate tensile tests and full Charpy V-notch [CVN]) curves) testing was performed on specimens removed from the failed pipe joint and U/S and D/S joints to determine the tensile and fracture toughness properties. Chemical analyses were performed on a steel sample removed from the failed pipe joint and U/S and D/S joints to determine the compositions.

CorLAS™ calculations were performed to estimate the failure pressure based on the pipe geometry, base metal mechanical properties, and the measured flaw profile. This value was compared with the estimated pressure at the failure location.

External corrosion was identified at several locations along the bottom of the failed pipe section, including the corrosion feature that ultimately failed on May 19, 2015. The corrosion features were associated with thick layered deposits and areas of compression and water saturation of the thermal insulation. The characteristics of the failure are consistent

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing

with corrosion under insulation in the presence of wet-dry cycling.

**Summary of Observations**

- The failure was associated with an external corrosion feature located 33.50 feet from the upstream girth weld, at the 4:24 orientation (center of corrosion feature).

- The dimensions of the corrosion feature were 12.1 inches axially by 7.4 inches circumferentially. The maximum depth, as measured using laser scan data, was 0.318 inches or 89% of the measured wall thickness (0.359 inches).

- The failure opening was 6.6 inches in axial length, with the upstream and downstream ends located 33.35 and 33.9 feet from the upstream girth weld.

- The maximum circumferential dimension of the failure opening was 1.14 inches, approximately 33.45 feet from the upstream girth weld, at the 4:15 orientation.

- The fracture surfaces exhibited ductile overload.

- Cracking and wrinkling were observed within the polyethylene tape.

- Compression was observed within the polyurethane insulation at areas on the bottom of the pipe. These areas were saturated with moisture.

- Disbondment of the coal tar coating was observed on the bottom of the pipe along the length of Pipe Section 2.

- External corrosion features, including the feature associated with the failure, were identified at or adjacent to areas of saturated, compressed insulation.

- The corrosion products were rigid, non-friable, and, at some locations, well adhered to the pipe section. The products consist of alternating layers of goethite and magnetite.

- There is no strong evidence to indicate that microbiological influenced corrosion (MIC) contributed to the observed corrosion.

- No evidence of internal corrosion was observed along the length of the pipe sections inspected.

- The average yield strength (YS) for the failure joint is marginally lower than the minimum YS requirements for API 5L X65 line pipe steel of 65.0 ksi. The average is based on two tests values; one slightly higher (65.2 ksi) and one slightly lower (64.4 ksi) than the requirement. The average ultimate tensile strength (UTS) of the failure joint meets the minimum UTS requirements for API 5L X65 line pipe steel of 80 ksi.

- The Charpy V-notch (CVN) properties of the base metal are typical for the vintage and grade of line pipe steel.

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

- The chemical composition of the base metal meets requirements for the vintage and grade of line pipe steel.

- The microstructure of the base metal is typical for the vintage and grade of line pipe steel.

- The CorLAS™ predicted failure pressure for the failed joint was calculated to be approximately 760 psig, which is in very good agreement with reported pressure at the failure location and time of failure (737 psig).

DNV GL – OAPUS309DNOR (PP136049)                                                                                      vii
September 18, 2015
Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

# Table of Contents

| | | |
|---|---|---|
| 1.0 | BACKGROUND | 1 |
| 2.0 | TECHNICAL APPROACH | 2 |
| 3.0 | RESULTS AND DISCUSSION | 4 |
| 3.1 | Visual Examination | 4 |
| 3.1.1 | External Polyethylene Tape | 5 |
| 3.1.2 | Rigid Polyurethane Insulation | 6 |
| 3.1.3 | Coal Tar Urethane Coating | 7 |
| 3.1.4 | Carbon Steel Line Pipe | 7 |
| 3.1.5 | Composite "Armor Plate" Sleeve | 8 |
| 3.2 | 3D Laser Scanning | 9 |
| 3.3 | Ultrasonic Testing | 10 |
| 3.4 | Magnetic Particle Inspection | 10 |
| 3.5 | Fractographic Examination | 10 |
| 3.5.1 | Optical | 10 |
| 3.5.2 | Scanning Electron Microscopy | 11 |
| 3.5.3 | Fracture/Corrosion Profile | 11 |
| 3.6 | Metallographic Examination | 12 |
| 3.7 | Solid Sampling of Corrosion Products | 13 |
| 3.7.1 | pH Testing and Qualitative Spot Testing | 13 |
| 3.7.2 | X-ray Diffraction | 14 |
| 3.7.3 | Energy Dispersive Spectroscopy | 14 |
| 3.8 | Microbiological Analyses | 15 |
| 3.8.1 | Serial Dilution – Liquid Culture Media | 15 |
| 3.8.2 | Microscopic Examination for Total Bacteria | 15 |
| 3.9 | Soil Testing | 15 |
| 3.10 | Mechanical Testing | 16 |
| 3.11 | Chemical Analysis | 17 |
| 3.12 | Failure Pressure Analysis | 17 |
| 4.0 | DISCUSSION AND CONCLUSIONS | 18 |

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

# Appendices

Appendix A – CorLAS™

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

## List of Tables

Table 1.    Summary of the locations and dimensions of corrosion features identified during the laboratory examination on the external surface of PS 2. ..................................................................................21

Table 2.    Results of diameter measurements performed on PS 1 and PS 2 using Pi tape and a tape measure. ...........................................................22

Table 3.    Results of wall thickness measurements performed on PS 1 and PS 2. ..................................................................................................22

Table 4.    Results of thickness measurements performed adjacent (~0.100 inches circumferentially) to the failure opening using the laser scan dataset.  See Figure 32. .......................................................................23

Table 5.    Results of elemental analyses, using EDS, performed on corrosion products from Feature 1 and Feature 4 compared to ideal chemistry compositions of goethite and magnetite; values presented in mass percent (wt.%). .......................................................................................24

Table 6.    Results of bacteria analyses performed on swabs taken, over an ~1 cm$^2$ area, from the external surface of Pipe Section 2 at Feature 1 on the failure joint and at an area of disbonded coating away from significant corrosion...................................................................................25

Table 7.    Results of optical microscopy examination for fixed internal swab samples taken, over a ~1 cm$^2$ area, from the external surface of the pipe section at Feature 1 and at an area away from significant corrosion. ......................................................................................................25

Table 8.    Summary of soluble cation and anion concentrations for soil sample 10000151761. ................................................................................26

Table 9.    Summary of various chemical properties for soil sample 10000151761. .......................................................................................26

Table 10.   Summary of various electrochemical properties for soil sample 10000151761. .......................................................................................26

Table 11.   Results of tensile tests performed on transverse base metal specimens from the failure and the U/S and D/S joints compared with requirements for API 5L Grade X65 line pipe steel. ...............................27

Table 12.   Results of Charpy V-notch impact tests for transverse base metal specimens removed from the joint that failed (Joint 5930). ..........................27

Table 13.   Results of Charpy V-notch impact tests for transverse base metal specimens removed from the U/S joint (Joint 5920). ..................................28

Table 14.   Results of Charpy V-notch impact tests for transverse base metal specimens removed from the D/S joint (Joint 5940)...................................28

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 15.    Results of analyses of the Charpy V-notch impact energy and percent shear plots for base metal specimens removed from the three pipe joints............................................................................29

Table 16.    Results of chemical analyses of samples removed from the joint that failed and the U/S and D/S joints compared with composition requirements (product analysis) for API 5L Grade X65 line pipe steel.[1] ..............................................................................................30

Table 17.    Results of failure pressure analyses using CorLAS[TM].  The pressure at the failure site was estimated at 737 psig. ................................................31

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

# List of Figures

Figure 1.    Photograph showing the failure location and the locations of the two pipe sections, during excavation. ..............................................................32

Figure 2.    Photograph showing Pipe Section 1 following removal from the ditch. ............33

Figure 3.    Photograph showing Pipe Section 2 being removed from the ditch. ................34

Figure 4.    Schematic showing the location of the failure and where samples were removed for various analyses. ......................................................35

Figure 5.    Photograph showing the cargo container in the as-received condition. ...............................................................................................36

Figure 6.    Photographs showing the pipe sections in the as-received condition, within the cargo container. ...................................................................36

Figure 7.    Photographs showing failure location on PS 2 a) before and b) after evidence tape and a clear protective wrapping was removed. ......................37

Figure 8.    Photographs showing the failure location a) while on site (May 28, 2015) and b) after transit to DNV GL's facility (June 15, 2015). ...................38

Figure 9.    Photograph showing a stamp on the internal surface of the failure joint, near the D/S GW (GW 5940). "NIPPON" and "24" are legible. ...............39

Figure 10.    Photographs showing the condition of the external tape on the failure joint.  Tape measure indicates distance to upstream girth weld. ...................................................................................................40

Figure 11.    Photograph showing the internal surface of the external tape from the failure joint. ...................................................................................41

Figure 12.    Photograph showing the internal surface of the external tape at the failure location.  Tape measure indicates distance to upstream girth weld. ...................................................................................................42

Figure 13.    Photograph showing the external surface of the external tape at the failure location. ...................................................................................43

Figure 14.    Photographs showing the external surface of the PU insulation at a) the U/S end of PS 2 (14' to 20' from U/S GW) and b) the failure location (31.5' to 36.4' from U/S GW).  Tape measure indicates distance to upstream girth weld. ...........................................................44

Figure 15.    Photograph showing a crack in the PU insulation within a wrinkle. White contrast paint was applied to the surface to facilitate laser scanning and visual inspection.  Area shown in Figure 14; scale in mm. ...................................................................................................45

Figure 16.    Photograph showing a piece of insulation removed from adjacent to the failure location; near 4:30 orientation. ...............................................45

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Figure 17.   Photograph showing corrosion product that was wedged between the pipe surface and polyurethane insulation. Location indicated in Figure 16; scale in mm. ........................................................46

Figure 18.   Photographs showing the amount of compression in the insulation adjacent to the failure location; near 6:00 orientation. Scale in mm. .............47

Figure 19.   Photograph showing the insulation and coal tar coating separating from the pipe in large sheets on the underside of the pipe; approximately 29' from U/S GW. ............................................................48

Figure 20.   Photograph showing the insulation and coal tar coating separating from the pipe in large sheets on the underside of the pipe; approximately 17' from U/S GW. ............................................................48

Figure 21.   Photograph showing blistered coal tar coating along the 12:00 orientation on PS 2; approximately 28' from U/S GW...................................49

Figure 22.   Photograph showing external corrosion features on PS 2; Feature 1 and Feature 2. Tape measure indicates distance to upstream girth weld.......................................................................49

Figure 23.   Photograph showing an external corrosion feature on PS 2; Feature 3. Tape measure indicates distance to U/S GW. .........................................50

Figure 24.   Photograph showing external corrosion features on PS 2; Feature 4 and Feature 6. Tape measure indicates distance to U/S GW (Note: tape slipped 0.1' to the right)...............................................................50

Figure 25.   Photograph showing an external corrosion feature on PS 2; Feature 5. Tape measure indicates distance to U/S GW. .........................................51

Figure 26.   Photographs showing the a) external and b) internal surfaces of the pipe section at the failure location (Coupon 1)...........................................52

Figure 27.   Photographs showing Pipe Section 2 from 37.7 feet to 40.4 feet from GW 5930 a) before and b) after the composite repair sleeve was removed.  Tape measure indicates distance to U/S GW (GW 5930)...............53

Figure 28.   Photograph the primary feature repaired on May 13, 2013.  Area shown in Figure 27. Tape measure indicates distance to U/S GW...................54

Figure 29.   Renderings of PS 1 and PS 2 (viewed from the OD surface) from laser scanning data showing Feature 1 and Feature 2; Coupon 2. The transparency of the insulation was changed to show a correlation between the features observed on the insulation with corrosion features observed on the pipe. The scale on the right is from 0.000 to 0.400 inches....................................................................55

Figure 30.   Renderings of PS 1 and PS 2 (viewed from the OD surface) from laser scanning data showing the failure location (Feature 4) and Feature 3, 5, and 6; Coupon 1.  The transparency of the insulation was changed to show a correlation between the features observed

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

on the insulation with corrosion features observed on the pipe. The scale on the right is from 0.000 to 0.400 inches. .......................................56

Figure 31.   Rendering of the failure location (viewed from the OD surface) from laser scanning data showing the remaining wall thickness along the fracture surface.  The scale on the right is from 0.000 to 0.400 inches. Location indicated in Figure 30. .....................................................57

Figure 32.   Rendering of the failure location showing various thickness measurements made along the corrosion feature and failure opening.  The scale on the right is from 0.000 to 0.400 inches. Measurements are tabulated in Table 4. ....................................................58

Figure 33.   Renderings of the area under the composite repair sleeve showing the thickness profile for the feature repaired on May 13, 2013.  The scale on the right is from 0.000 to 0.400 inches. .......................................59

Figure 34.   Photograph showing the internal surface of the pipe section at the failure location with the 1 × 1 inch grid painted on the surface. Tape measure indicates distance to U/S GW. ....................................................60

Figure 35.   Results of the UT measurements performed on 1" × 1" grid near the failure location; Feature 4 (Coupon 1). ......................................................61

Figure 36.   Results of the UT measurements performed on 1" × 1" grid near Feature 1 (Coupon 2). ..........................................................................62

Figure 37.   Results of the UT measurements performed on 1" × 1" grid near Feature 2 (Coupon 2). ..........................................................................63

Figure 38.   Photographs showing the a) clockwise and b) counterclockwise fractures surfaces following cleaning with a degreaser and acetone and/or methanol. Tape measure indicates distance to U/S GW.....................64

Figure 39.   Stereo light photomicrographs of representative locations along the clockwise fracture surface following cleaning with a), b), c) a degreaser and acetone and/or methanol and d), e) an inhibited HCl acid and ENPREP®. Photomicrographs b) and d) are from the same location. Tape measure indicates distance to U/S GW. ................................65

Figure 40.   SEM image showing the fracture surface at the location identified in Figure 39e. ....................................................................................66

Figure 41.   SEM image showing the transition between Region 1 and Region 2. Area indicated in Figure 40. ..................................................................66

Figure 42.   SEM image showing the ductile fracture morphology of Region 1. Area indicated in Figure 41 ...................................................................67

Figure 43.   SEM image showing a nondescript/corroded morphology of Region 2. Area indicated in Figure 41 ...................................................................67

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Figure 44.    SEM image showing the fracture surface at the location identified in Figure 39c. ...................................................................................68

Figure 45.    SEM image showing a representative ductile fracture morphology for Region 1.  Area indicated in Figure 44. ..................................................68

Figure 46.    Photograph of the clockwise fracture surface showing thickness measurements of the Region 1 along the fracture surface at 5 mm intervals. Scale in mm. ...............................................................69

Figure 47.    Fracture/Corrosion profile based on three measurement techniques. ............70

Figure 48.    Photograph of the mounted transverse cross-section, Mount 195367-1b removed from the suspected failure origin; Feature 4. Mount location indicated in Figure 39...............................................................71

Figure 49.    Photomicrograph showing the suspected failure origin in cross-section; Feature 4.  Area indicated in Figure 48. (Mount 195367-1b; 4% Nital Etch) ..............................................................................71

Figure 50.    Photomicrograph showing the negligible grain elongation and plasticity along the CW fracture surface.  Area indicated in Figure 49. (Mount 195367-1b; 4% Nital Etch) ..........................................................72

Figure 51.    Photomicrograph showing the grain elongation and plasticity along the CCW fracture surface.   Area indicated in Figure 49. (Mount 195367-1b; 4% Nital Etch)..................................................................72

Figure 52.    Photomicrograph showing corrosion products near the CCW fracture surface.  Area indicated in Figure 48.  (Mount 195367-1b; 4% Nital Etch) ...........................................................................................73

Figure 53.    Photomicrograph showing corrosion products with some undercutting near the CCW fracture surface.   Area indicated in Figure 49.  (Mount 195367-1b; 4% Nital Etch)........................................73

Figure 54.    Photomicrograph showing base metal microstructure of Mount 195367-1b; 4% Nital Etch)...............................................................74

Figure 55.    Photograph of the mounted cross-section of corrosion products, Mount 195331-1 removed from Feature 4...............................................74

Figure 56.    Photomicrographs of the mounted cross-section, Mount 195331-1, from corrosion products removed from Feature 4; location identified in Figure 55...............................................................................75

Figure 57.    Photograph of the transverse mounted cross-section, Mount 195370-1 removed from Feature 1. Mount location indicated in Figure 22. .................76

Figure 58.    Photomicrograph of the mounted cross-section, Mount 195370-1 removed from Feature 1 showing the corrosion morphology at the external surface; mirror image of location indicated in Figure 57...................76

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Figure 59.  Photograph of the mounted cross-section of corrosion products, Mount 195322-1, removed from Feature 1. .................................................77

Figure 60.  Photomicrographs of the mounted cross-section, Mount 195322-1, from the corrosion product removed from Feature 1; location indicated in Figure 59. ...........................................................................77

Figure 61.  Photograph of the mounted cross-section, Mount 195365-1, removed from across the longitudinal seam weld. Location indicated in Figure 4. ........................................................................................78

Figure 62.  XRD spectrum acquired from the corrosion products collected from Feature 1, identifying Goethite and Magnetite as the compounds. .................79

Figure 63.  XRD spectrum acquired from the corrosion products collected from Feature 2, identifying Goethite and Magnetite as the compounds. .................80

Figure 64.  EDS data collected from Mount 195370-1, mirror image of area indicated in Figure 58. ...............................................................................81

Figure 65.  EDS data collected from Mount 195331-1, area indicated in Figure 56. ............................................................................................82

Figure 66.  EDS line scan collected from Mount 195331-1, area indicated in Figure 56. ............................................................................................83

Figure 67.  Photograph showing the soil samples collected from below the pipe, 8 feet U/S of GW 5930. .......................................................................84

Figure 68.  Percent shear from Charpy V-notch tests as a function of temperature for transverse base metal specimens removed from the failure joint (Joint 5930). ....................................................................85

Figure 69.  Charpy V-notch impact energy as a function of temperature for transverse base metal specimens removed from the failure joint (Joint 5930). ........................................................................................85

Figure 70.  Percent shear from Charpy V-notch tests as a function of temperature for transverse base metal specimens removed from U/S joint (Joint 5920). .......................................................................86

Figure 71.  Charpy V-notch impact energy as a function of temperature for transverse base metal specimens removed from the U/S joint (Joint 5920). ........................................................................................86

Figure 72.  Percent shear from Charpy V-notch tests as a function of temperature for transverse base metal specimens removed from D/S joint (Joint 5940). .......................................................................87

Figure 73.  Charpy V-notch impact energy as a function of temperature for transverse base metal specimens removed from the D/S joint (Joint 5940). ........................................................................................87

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Figure 74.   Color profile showing the results of average thickness measurements performed on the laser scan dataset following discretizing the data into ½-inch cells.  The resulting profile is highlighted in blue and plotted in Figure 47. ...........................................................................88

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

## 1.0  BACKGROUND

Plains All American Pipeline, L.P. (*Plains*) retained Det Norske Veritas (U.S.A.), Inc. (*DNV GL*) to perform a metallurgical analysis and mechanical testing on a section of pipe from Line 901 - Las Flores to Gaviota (L901), 24-inch nominal diameter crude oil pipeline that failed while in service.  The failure occurred on May 19, 2015 in Goleta (Santa Barbara County), California at milepost (MP) 4, 33.5 feet downstream (D/S) of the nearest upstream (U/S) girth weld and 4.05 miles D/S of the nearest U/S pump station.  A failure of a pipe segment can be characterized either as a leak or a rupture; the failure on L901 is characterized as a leak.[1]

The section of the pipeline that failed is comprised of 24-inch diameter by 0.344-inch wall thickness, API 5L Grade X65 line pipe steel that contains a high frequency electric resistance welded (ERW) longitudinal seam and was manufactured by Nippon Steel in 1986.  The maximum operating pressure (MOP) is 1,341[2] pounds per square inch gauge (psig) (72% of the specified minimum yield strength [SMYS]).  The pressure at the time of failure was reported by Plains to be 737 psig (39.6% of SMYS) at the failure location and time of failure.

The pipeline was installed in 1990 and constructed using pipe that was externally coated with a coal tar urethane coating on the steel substrate, 1.5-inch thick rigid polyurethane foam, and an external polyethylene tape.  The pipeline has an impressed current cathodic protection (CP) system with the nearest rectifier located 4.05 miles U/S of the failure location, at the Las Flores Pump Station.  A hydrostatic test was performed at the time of commissioning for 8 hours at 1719 psi (Gaviota Station) on November 25, 1990.  In-line inspection (ILI) runs, consisting of deformation and magnetic flux leakage (MFL) tools, were performed in 2007, 2012, and 2015.

The failed pipe joint and 5 feet of the U/S and D/S joints were removed from the failure location and delivered to DNV GL in two pipe sections for analysis.  Figure 1 is a photograph showing the failed pipe section at the failure site, while Figure 2 and Figure 3 are

---

1  According to the *FRACTURE CONTROL TECHNOLOGY FOR NATURAL GAS PIPELINES CIRCA 2001* (the PRCI report superseding NG-18 Report 208), "The distinction between leak and rupture for the pipeline community is based on the size and configuration of the breach, not how it develops. A "leak" is characterized by a narrow slit-like hole with length less than the diameter, which limits the fluid volume that escapes through the breach. In contrast, a "rupture" involves a longer, open hole that can be bulged over its length, which is on the order of a diameter or longer and can permit escape of a significant fluid volume."  Similarly, the research performed as part of the historical NG-18 work identified empirical equations to predict the length at which a feature will propagate versus pop through and arrest; the leak/rupture length.  Based on these calculations and visual observations, the length of the feature is consistent with a leak, arresting within the corrosion feature, and did not propagate outside of the feature into nominal wall-thickness pipe.
2  Theoretical maximum operating pressure at the lowest elevation using the lowest pressure of either 80% of the commissioning hydro-test pressure, the 72% of SMYS, or the lowest component rating along the line segment.

---

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing

photographs showing the pipe sections after removal from the ditch. Pipe Section 1 (PS 1) was 19.05 feet in length and contained 5.05 feet of the U/S joint, the U/S girth weld, and 15 feet of the failure joint located U/S of the failure. Pipe Section 2 (PS 2) was 31.06 feet in length and contained the failure location, the D/S girth weld, a 2013 composite repair sleeve, and 5 feet of the D/S joint. The objective of the analysis was to determine the metallurgical (or immediate) cause of the failure.

## 2.0  TECHNICAL APPROACH

The procedures used in the analysis were in accordance with industry-accepted standards. Five of the general standards governing terminology, specific metallographic procedures, mechanical testing, and chemical analysis used are as follows:

- ASTM E7, "Standard Terminology Relating to Metallography."

- ASTM E3, "Standard Methods of Preparation of Metallographic Specimens."

- ASTM E8, "Test Methods for Tension Testing of Metallic Materials."

- ASTM E23, "Standard Test Methods for Notched Bar Impact Testing of Metallic Materials."

- ASTM A751, "Standard Test Methods, Practices, and Terminology for Chemical Analysis of Steel Products."

The following steps were performed for this analysis. The protective shipping wrap was removed and the pipe sections were visually inspected and photographed. The external polyethylene (PE) tape was removed from PS 1(PS 1-ID 10000152251[3]) and PS 2 (PS 2-ID 10000152251) and visually inspected and photographed. The external pipe surfaces (with insulation) were laser scanned using a FaroArm™ to produce digital maps. Laser scanning is a non-destructive technique that uses light, in the form of a laser, to make very accurate three-dimensional (3D) data sets, which capture the x, y, and z coordinates from millions of measurements along the scanned surface. The datasets can then be used to generate 3D renderings of the scanned object(s) that can be rotated, manipulated, and measured.

The insulation from PS 2 was then removed and the pipe was visually inspected and photographed. The coal tar coating was then removed around the failure location, areas of corrosion, and at the ends of each pipe section using brass mallets, putty knives, and methyl ethyl ketone (MEK) and/or acetone.

---

3   Unique DNV GL barcode assigned to each piece of evidence.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Wall thicknesses, diameters, and circumferences were measured at various locations on PS 1 and PS 2 where coating was removed and there was no measurable corrosion. Corrosion products were collected from PS 2 for characterization. Analyses performed on these products included: (1) pH testing using litmus paper, (2) spot tests for carbonates and sulfides using 2-normal hydrochloric acid (2N HCl), (3) elemental analyses using energy dispersive spectroscopy (EDS) with a scanning electron microscope (SEM) and (4) compound identification using x-ray diffraction (XRD).  The pH measurements were obtained by placing a few drops of deionized (DI) water on the pH test paper and then the wetted paper was placed in contact with the surface.  The pH test paper was examined for color changes and compared to pH color charts.

Swab samples were also obtained for bacteria analyses, over a standard area of 1 cm$^2$, at the two locations; at an area of corrosion and area where the coating was disbonded but there was negligible external corrosion.  Separate swab samples were taken for serial dilution and microscopic analysis.  Liquid culture media for acid-producing bacteria (APB), sulfate-reducing bacteria (SRB), nitrate-reducing bacteria (NRB), aerobic bacteria (AERO), anaerobic bacteria (ANA), and iron-related bacteria (IRB) was used for the serial dilutions to evaluate growth of various types of bacteria.  A five vial serial dilution (1:10,000) was performed using each type of media.  The swab obtained for the microscopic analysis was fixed in 1% glutaraldehyde.  A five microliter spot was removed from the fixed sample and prepared for examination by drying on a microscope slide and staining with 0.1% fluorescein isothiocyanate (FITC).  The sample was examined using a CFI PLAN FLUOR 100X oil immersion objective on a Nikon Eclipse 50i epifluorescent microscope equipped with a FITC filter set to determine bacteria cell counts and morphology.

Coupons containing the failure location and areas of corrosion were cut from PS 2 using cold-cutting techniques.  Coupon 1 contained the failure location and was full ring section removed between 30.66 and 35.95 feet from the U/S GW.  Coupon 2 contained external corrosion features further U/S from the failure location and was removed between 14.00 and 20.60 feet from the U/S GW; between the 4- and 8-o'clock orientations.  The internal and external surfaces were visually inspected and photographed.  Where necessary, the samples were cleaned using a degreaser (LPS Presolve®) and acetone.  Ultrasonic testing (UT) was performed on the samples removed from PS 2, using a 1-inch by 1-inch grid spacing, to produce a thickness map.  The external and internal pipe surfaces of these coupons were laser scanned to produce a thickness contour dataset.  Magnetic particle inspection (MPI) was performed on the external and internal pipe surfaces of the coupon containing the failure location.

The fracture surfaces were cleaned with methanol and acetone, optically examined, and photographed.  Samples were then removed from one of the mating fracture surfaces,

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

cleaned with Rhodine inhibited HCl solution and ENPREP® 214 to remove corrosion products, and examined at high magnifications in an SEM to document the fracture morphology. Transverse cross sections were removed from the suspected failure origin, an area of corrosion further U/S, and across the longitudinal seam weld.  The transverse cross sections were mounted, polished, and etched; see Figure 4 for locations.  Light photomicrographs were taken to document the fracture and corrosion morphologies and steel microstructure. In addition, corrosion products collected from an area adjacent to the failure location and from areas of corrosion further U/S of the failure were mounted in cross-section and polished.  Light photomicrographs were taken to document the corrosion morphologies. Elemental analysis using EDS was performed to identify the elemental constituents of each.

Soil analyses were conducted on a sample removed (in the field) approximately 8 feet U/S of the U/S girth weld (GW).  The soil was tested for resistivity, moisture content, pH, total acidity, total alkalinity, concentration of soluble anions and cations, total dissolved solids, and linear polarization resistance.

Mechanical (duplicate tensile tests and full Charpy V-notch [CVN]) curves) testing was performed on specimens removed from the failed pipe joint and U/S and D/S joints to determine the tensile and fracture toughness properties.  Chemical analyses were performed on a steel sample removed from the failed pipe joint and U/S and D/S joints to determine the compositions.

CorLAS$^{TM}$ calculations were performed to estimate the failure pressure based on the pipe geometry, base metal mechanical properties, and the measured flaw profile.  This value was compared with the estimated pressure at the failure location.

## 3.0   RESULTS AND DISCUSSION

### 3.1   Visual Examination

The pipe sections were transported to DNV GL's facility near Columbus, Ohio in a sealed cargo container on a flatbed semi-truck.  The cargo container was locked and secured with three keyed padlocks, a serialized cargo lock, and evidence tape prior to transport.  The corresponding keys for the locks were distributed amongst the interested parties, such that no one person had access to all of the keys.  The container was then driven non-stop to a DNV GL storage facility.    Upon receipt, the locks and evidence tape were inspected.  Figure 5 is a photograph showing the container being loaded into a DNV GL storage facility; the four locks are identified in the figure with yellow circles.

Figure 6 contains photographs showing the two pipe sections in the as-received condition. The pipe sections were wrapped in opaque plastic wrap and boxed.  Evidence tape was

DNV GL – OAPUS309DNOR (PP136049)                                                                           4
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

applied in the field on top of the plastic wrap approximately 1 foot U/S and D/S of the failure on PS 2.  Figure 7 contains photographs showing the failure location before and after removal of the evidence tape and protective plastic wrap at DNV GL's facility.  The fracture surfaces were protected with foam insulation that was place around the clockwise (CW) fracture surface; shown in Figure 7b.  Figure 8 contains photographs showing the failure location while on site (Figure 8a - May 28, 2015) and at DNV GL's facility (Figure 8b – June 15, 2015).  Some red corrosion products were observed near the failure location, as shown in Figure 8b.  The failure opening was 6.6 inches in length and located at the 4:15 orientation, consisting of an irregular fracture path that opened in the clockwise (CW) direction looking D/S.  The U/S and D/S ends of the fracture path were located at 33.35 and 33.9 feet, respectively, from the U/S GW.  The maximum opening measured 1.14 inches, approximately 33.45 feet from the U/S GW.  The failure is associated with a corrosion feature that measured approximately 12.1 inches axially in length by 7.4 inches circumferentially in width.  Additional data are presented in Section 3.1.4.

PS 1 was 19.05 feet in length and contained 5.05 feet of the U/S joint, the U/S girth weld (GW) and 14 feet of the failure joint U/S of the failure.  Pipe Section 2 was 31.06 feet in length and contained 26.06 feet of the failure joint, including the failure location, the D/S GW, a 2013 composite repair sleeve, and 5 feet of the D/S joint.  PS 2 was 31.06 feet in length and contained the failure location, the D/S GW, a composite repair sleeve, and 5 feet of the D/S joint.  Reference markings were identified on each pipe section noting the top-dead-center (TDC) and the location of each girth weld.  A stamp was identified on the internal surface of the failure joint towards the D/S end, adjacent to GW 5940.  Figure 9 is a photograph showing the stamp; "NIPPON", "24", and other indiscernible characters were observed.

### 3.1.1  External Polyethylene Tape

An external polyethylene tape (external surface of the rigid polyurethane insulation) was present on PS 1 and PS 2, Figure 2 and Figure 10 respectively.  The tape is installed in a white condition; however, exposure to the soil and released product discolored the tape to varying shades of brown.  Areas of decohesion from the insulation substrate were observed in varying degrees along the length of the two pipe sections.  The most pronounced areas were located near the failure location, as shown in the photographs presented at the bottom of Figure 10. Cracks were also observed in the PE tape, primarily at the 12- and 6-o'clock orientations; some of the cracks are identified in Figure 10.  Wrinkles in the tape were observed along the entire length of both pipe sections on the bottom half of the pipe (2:00 to 10:00 orientation).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

The PE tape was removed from each pipe section, aligned as it was on the pipe, and visually inspected and photographed.  Figure 11 is a photograph of the internal surface of the tape looking D/S.  The original white coloration of the PE tape is apparent in the figure along with bands of product at the 4:00 and 7:00 orientations, which appear to correlate with the wrinkle bands in the tape along the pipe section.  In general, the areas exhibiting wrinkles were disbonded or partially disbonded from the insulation and were much easier to remove from the pipe section.  Figure 12 and Figure 13 are photographs showing the internal and external surfaces of the PE tape at the failure location, respectively.  Similar to other areas along the pipeline, cracking and wrinkles in the PE tape were observed near the failure location.  The cracks in the tape were located at the 6:00 orientation, while the wrinkles were located at the 4:00 and 7:00 orientations.

## 3.1.2   Rigid Polyurethane Insulation

The polyurethane (PU) insulation was visually inspected after the PE tape was removed.  Figure 14 contains photographs from two location along PS 2; the U/S end and the failure location.   The insulation exhibited impressions corresponding to the wrinkles observed in the PE tape and, at one location a small crack in the insulation was identified within a wrinkle impression, refer to Figure 15.  The white contrast paint evident in the figure was applied to the insulation to facilitate laser scanning and visual inspection. Compression of the insulation was also observed at locations along the 6:00 orientation; two locations are identified Figure 14.  Additional detail is provided in Section 3.2.

The insulation adjacent to the failure location was removed at the 6:00 orientation, refer to Figure 16.  Wedged between the insulation and the pipe surface was a piece of corrosion product, which was collected and bagged.  Figure 17 is a photograph showing the corrosion product.  The corrosion product is dark, saturated with oil, and rigid.  The insulation was partially saturated with a clear liquid.   Figure 18 contains photographs showing the insulation in cross-section.  The liquid line is evident in the lower-left photograph.  At this location, the insulation is saturated near the external surface, while the middle photograph shows saturation that is through the full thickness of the insulation.   In addition, signification compression of the insulation was observed at this location (center photo).  The compressed thickness measured 0.276 inches as compared to the nominal thickness of 1.5 inches, which corresponds to over 80% compression.  In general, the compressed insulation was located on the bottom of the pipe and areas of saturation were within the compressed areas.  A pH measurement was also made at a saturated location along the insulation using pH paper; location identified in Figure 17.  The pH was between 6 and 7.

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

### 3.1.3    Coal Tar Urethane Coating

The thickness of the coal tar coating was measured using micrometers on a piece that disbonded near the failure location; area shown in Figure 16.   The average of four measurements was 0.043 inches, which corresponds closely with measurements performed further U/S (~20 feet U/S from failure location) that averaged 0.040 inches.  Figure 19 is a photograph showing the removal of the PU insulation and coal tar coating.  Along the underside of the pipe, the insulation and coal tar coating came off together, such that the coal tar coating had disbonded from the pipe surface.  At this location, released product can be seen along the mating surfaces of the pipe and coating.

Disbondment of the coal tar coating was also observed further U/S on PS 2 at areas where released product did not reach, refer to Figure 20.  Disbondment was associated with large corrosion cells, evident in the figure, and in areas where no deep corrosion was observed, but exhibited a layer of fine corrosion products on the pipe surface.  Approximately 28 feet from the U/S GW on PS 2 an area of blistered coal tar coating was observed; refer to Figure 21.   The insulation against this area was moist, but there was no significant corrosion associated with this location.  A syringe was used to extract fluid contained within one of the blisters from which a pH measurement was made using pH paper.  The pH was between 6 and 7, consistent with the pH measurement performed on a piece of saturated insulation adjacent to the failure location described above.

### 3.1.4    Carbon Steel Line Pipe

Following removal of the PE tape, PU insulation, and areas of coal tar coating that had disbonded from PS 2, the pipe section was visually inspected.   Areas of corrosion were observed on the external surface surrounding the failure location and approximately 14 to 20 feet U/S of the failure location on the bottom of the pipe.   The larger features are identified in Figure 22 through Figure 25; a summary of the feature dimensions and locations is presented in Table 1.  The corrosion features were located on the bottom of the pipe section in or adjacent to areas that exhibited disbondment of the coal tar coating and compression in the adjacent PU insulation.   The corrosion products were dry, rigid, and magnetic.  At some locations, a putty knife was required to separate the corrosion products from the pipe body.   For the most part, the products associated with each corroded area came off in one piece that was non-friable in nature.   The products were dark brown to black or charcoal in appearance and could be handled while remaining intact.  The products also appeared to be layered. A Dremel$^®$ rotary tool was ultimately used to cut through some of the products for the metallography presented in Section 3.6.   The corrosion products from each of the features identified in Table 1 were collected for subsequent analyses.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

A 5.3-foot ring coupon (Coupon 1) containing the failure location and Features 3 through 6 was cut from PS 2.  The cuts were made at 30.66 and 35.95 feet from the U/S GW.  Similarly, a 6.6-foot coupon (Coupon 2) was cut from U/S end of PS 2 capturing Feature 1 and Feature 2.  The longitudinal cuts were made at approximately the 4:00 and 8:00 o'clock orientations.

Circumferences/diameters and wall thicknesses were measured on the U/S end of PS 1 (U/S Joint), D/S end of PS 2 (D/S Joint), and on the U/S and D/S ends of the ring section containing the failure location.  The measurements were made in areas with no coating or measurable corrosion.  The diameters were measured using a Pi tape and are shown in Table 2.  The diameter meets API 5L tolerances for 24-inch nominal diameter pipe.  The diameters were measured with a tape measure from the 3 to 9 o'clock and 12 to 6 o'clock orientations.  The diameters varied from 24.0 to 24.1 inches, indicating no significant ovality, as shown in Table 2 .  The wall thickness was measured at the 12, 3, 6, and 9 o'clock orientations at the same locations described above; see Table 3 for details.  The wall thickness values ranged from 0.356 to 0.362 inches.  These wall thickness values meet API 5L tolerances for a nominal wall thickness of 0.344 inches.[4]

The 5.3-foot long ring coupon was cut longitudinally at the 3:00 and 9:00 o'clock orientations to facilitate examination of the internal surface.  Figure 26 contains photographs showing the external and internal surfaces of the bottom-half of the ring coupon.  There was no observable corrosion on the internal surface.  A small, superficial, mill anomaly was identified approximately 6 inches D/S from the failure opening.

### 3.1.5   Composite "Armor Plate" Sleeve

The composite repair sleeve installed on May 13, 2013, was comprised of composite Armor Fiber® and cured resin, overlaid with a green two-part epoxy.  There were no indications of water ingress or disbondment of the two-part epoxy.  The repair was removed by cutting, chiseling, and ultimately sand blasting.  Figure 27 contains photographs showing the pipe before and after removal of the repair sleeve.  Throughout the removal process, the pipe section was visually inspected for indications of discoloration and corrosion to determine if additional corrosion had occurred following installation of the sleeve in 2013.  Figure 28 is a photograph showing the primary feature that was repaired in 2013 after the composite sleeve was removed.  There was no evidence of discoloration or additional corrosion associated with the feature; additional discussion and depth measurements are presented in Section 3.2.

---

4   API 5LX, 35th Edition, May 1986.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

The two-part epoxy and resin were well-adhered, precluding electrolyte from reaching the pipe surface and thus, eliminating additional corrosion of the feature.  Similarly, there is no evidence that the repair influenced corrosion of the feature that ultimately failed, i.e. galvanic couple.  Without an ionic pathway through the electrolyte there is no means by which to setup such a cell.

## 3.2   3D Laser Scanning

The external surfaces of PS 1 and PS 2 were laser scanned, using a FaroArm$^{TM}$, following removal of the external polyethylene tape.  Similarly, the failure opening and corrosion features along the external surfaces of the pipe section (and the corresponding internal surfaces) were also laser scanned once the polyurethane insulation was removed.  The datasets were aligned using reference magnets placed along the pipe sections prior to scanning.  With the exception of Feature 1, the features were cleaned with a soft-bristled brush, brass-bristles brush, and methanol and/or acetone.  The corrosion products within Feature 1 were left intact for metallographic examination (Section 3.6).  As a result of scanning the internal and external surfaces of the pipe at and around the corrosion features, a remaining wall thickness profile was generated to show the extent of corrosion for each feature.

Figure 29 contains renderings of the aligned dataset, highlighting the areas of corrosion on the U/S end of PS 2 (Feature 1 and Feature 2).  The pipe was rotated such that the viewing direction is normal to the 6:00 orientation.  From this perspective, areas of corrosion are clearly visible along the 6:00 orientation.  The transparency of the polyurethane dataset on PS 2 was set to 30% providing an opportunity to identify any correlation between features on the insulation and areas of corrosion.  It is clear from these data that the corrosion features are located at or adjacent to areas of compressed insulation.

Similarly, Figure 30 contains renderings highlighting the areas of corrosion at or near the failure location (Features 3-6).  Consistent with the observations above, the corrosion features are located at or adjacent to areas of compressed insulation.  Figure 31 is a rendering showing Feature 4; the failure location.  The maximum depth of each feature was determined, based on a measured nominal wall thickness of 0.359 inches, from the laser scan data and are presented in Table 1.  Various thickness measurements were made slightly offset (~0.100 inches circumferentially) from the fracture path to provide data that would not contain necking, providing a better representation of the wall thickness just prior to the failure.  A rendering showing the measurement locations is provided in Figure 32, while the data is given in Table 4.  Based on this, the maximum depth of Feature 4 was 0.318 inches or 89% of the measured wall thickness.  The failure opening measured 6.55

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

inches in length with a maximum opening of 1.10 inches, which are consistent with the measurements made during the visual examination.

The corrosion areas associated with the 2013 repair were also laser scanned.  Figure 33 is a rendering showing the thickness profile of the deepest feature.  The maximum corrosion depth was 0.220 inches, which corresponds closely to the maximum depth (0.228 inches) and location within the feature identified in 2013 prior to sleeving the pipe section.  It's possible that the discrepancy is due to remnant resin still present within the feature prior to laser scanning.

## 3.3    Ultrasonic Testing

Ultrasonic testing was performed on the coupons identified in Figure 29 and Figure 30. Thickness measurements were made at 1-inch intervals along a 1 × 1-inch grid that was applied to the internal surfaces of each coupon.  Figure 34 is a photograph of the grid applied to the coupon containing the failure location.  The corresponding measurements are provided in Figure 35; however, the data or the photograph in Figure 34 would need to be mirrored to match one another, as the data is provided as observed from the external surface.  Similar measurements were made on the coupon containing Feature 1 and Feature 2.  These data are presented in Figure 35 and Figure 36, respectively.  The data are provide with a color overlay; dark red being the thinnest remaining wall thickness.  Similar measurements were made on the coupon containing Feature 1 and Feature 2.  The results from Feature 2 are provided in Figure 37.  The UT data agreed very well with the laser scan data, and given the increased lateral resolution of the laser scan data, subsequent discussions and depth data presented in this report are based on the laser scan datasets.

## 3.4    Magnetic Particle Inspection

Magnetic particle inspection was performed on the internal and external surfaces surrounding the failure location.  There were no features or anomalies identified.

## 3.5    Fractographic Examination

### 3.5.1    Optical

Figure 38 contains photographs of the clockwise (CW) and counterclockwise (CCW) fracture surfaces, Figure 38a and Figure 38b, respectively following cleaning with a degreaser and methanol and/or acetone.  The fracture surfaces are brown in color and slanted with respect to the radial direction.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Figure 39 contains stereo light photomicrographs of representative locations along the CW fracture surface following cleaning with a degreaser and methanol and/or acetone [(a), (b), (c)] and one location following cleaning with Rhodine inhibited HCl acid and ENPREP® 214 [(d), (e)].  As shown in Figure 39a and Figure 39c, the fracture surface is tapered or slanted through the thickness.  This is a typical characteristic of ductile overload.  Similarly, the fracture surface along its length is wavy and has characteristics of ductile tearing and overload.  Figure 39d and Figure 39e are micrographs of the regions shown in Figure 39b following cleaning with Rhodine inhibited hydrochloric (HCl) acid and ENPREP® 214.  At this location, two unique morphologies are present; Region 1, which has a dull/matte finish and is associated with the areas along the slanted fracture surface, and Region 2, which is more reflective and at a shallower angle with respect to the outer or inner surfaces.  These areas are identified in Figure 39e.  Region 2 extended the deepest at this location, approximately 33.76 feet from the U/S GW, along the fracture surface.

## 3.5.2    Scanning Electron Microscopy

Figure 40 is an SEM image of the area identified in Figure 39e along the CW fracture surface (Sample 195367-1; 33.76' from the U/S GW).  The white dashed line indicates the interface between Region 1 and Region 2.  Figure 41 is a higher magnification SEM image showing the transition between Region 1 and Region 2.  Region 2 is relatively smooth with spherical-shaped impressions, while Region 1 appears rough with smaller topographical features.  Figure 42 contains a high magnification SEM image in Region 1, near the ID.  The fracture surface at this location exhibits dimples, which are characteristic of ductile overload.  Figure 43 contains a high magnification SEM image in Region 2, near the ID surface.  The fracture surface is nondescript having a corroded appearance and is inconsistent with a typical fracture morphology, indicating that this region was present prior to the failure.  This observation coupled with the oblique angle of the surface and visual appearance indicates that Region 2 is associated with external corrosion.

Figure 44 is an SEM image from a representative location along the fracture surface exhibiting a shear or slanted fracture surface (Sample 195367-2, 33.55' from the U/S GW).  At higher magnification (Figure 45), a rough-dimpled appearance, consistent with ductile overload, was observed.  The dimples are elongated in the vertical direction as shown in the figure, which is consistent with the orientation of the sheared fracture plane.

## 3.5.3    Fracture/Corrosion Profile

Using the observations of the optical and SEM fractographic examinations, a fracture profile was generated showing the boundary of Region 1.  Measurements were made along the

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

fracture surface at 5 mm intervals, refer to Figure 46.  The resulting data are plotted in Figure 47 as measured (remaining) wall thickness versus distance to U/S GW.  Given that plasticity/ductility was observed along the fracture surface, the measured thickness of Region 1 is not necessarily representative of the remaining wall thickness prior to failure.  This is due to necking of the material, a process governed by the Poisson effect, whereby tensile strain on one direction (i.e. circumferential) results in compressive strain in the other two perpendicular directions (i.e. radial and longitudinal) for isotropic materials; such as steel.  Therefore, the thickness of Region 1 was larger than the measured values prior to failure.  For this reason, two additional profiles are presented in the figure using the laser scan data; one based on a ½-inch by ½-inch grid, which will be discussed in Section 3.12 and one based on the measurements made adjacent to the fracture surface (Figure 32), approximately 0.100 inches circumferentially, presumably at locations not heavily influenced by necking.

## 3.6    Metallographic Examination

Figure 48  is  a  photograph  of  the  transverse  metallographic  cross-section (Mount 195367-1b) removed from across the fracture surface at approximately 33.76 feet D/S of the U/S GW; same location identified in Figure 41.  The corrosion profile near the failure opening is relatively uniform; however, transitions sharply with a steep side wall approximately 15 mm CCW from the opening.  Figure 49 is a photomicrograph showing the two mating fracture surface in the etched condition.  Figure 50 is a photomicrograph showing the mating CW fracture surface. With the exception of a small ligament at the internal surface, there were no obvious indications of plasticity corresponding to Region 1. This suggests that the preexisting corrosion feature was almost through-wall at this location just prior to failure.  In comparison, the mating CCW fracture surface, presented in Figure 51, exhibited grain elongation and deformation, consistent with plasticity and the results obtained from the SEM examination showing dimpled failure in Region 1.  The discrepancy between microstructural characteristics of the CW and CCW surfaces at this location is due to a small misalignment between the two mating fracture surfaces when the transverse cuts were made to produce the metallographic cross-section.

Figure 52  and  Figure 53  are  representative  photomicrographs  showing  the  corrosion morphology along the external surfaces of Mount 195367-1b.  The corrosion is scalloped in most cases (Figure 52), and the remaining corrosion products exhibit a layered texture with alternating light and dark bands.  However, at the base of some of these scallops, some undercutting was also observed, as shown in Figure 53.  Figure 54 is a photomicrograph showing the typical microstructure of the base metal.  The microstructure consists of ferrite

Contains Confidential Information Provided By Plains All American Pipeline LP

(white areas) and fine pearlite (gray areas).  This microstructure is consistent with the vintage and grade of the steel.

Figure 55 is a photograph of the transverse metallographic cross-section (Mount 195331-1) removed from the corrosion products associated with Feature 4; collected adjacent to the failure location.  At this location, the thickness of the product is approximately 0.55 inches. Droplets of oil can be seen on the surface of the mount, as the photograph was taken following the SEM examination in which the mount was pumped down to low pressures to facilitate observation in the SEM.  Figure 56 contains photomicrographs through the thickness of the corrosion product.  The morphology of the corrosion products are similar throughout, consisting of alternating light and dark layers.

Figure 57 is a photograph of the transverse metallographic cross-section (Mount 195370-1) removed through Feature 1, at approximately 16.65 feet D/S of the U/S GW; feature identified in Figure 22.  The corrosion depth is much less severe at this location and the profile is relatively uniform.  At higher magnification (Figure 58), the corrosion products exhibit a similar layered morphology as those observed near the failure location; Figure 52.  Figure 59 is a photograph showing the transverse metallographic cross-section (Mount 195322-1) removed from the corrosion products associated with Feature 1. At this location, the thickness of the product is approximately 0.40 inches.  Consistent with the other corrosion products, the morphology contains alternating dark and light layers; refer to Figure 60.

Figure 61 is a photograph showing the transverse metallographic cross-section remove from the longitudinal seam weld of the failure joint.  At higher magnification, an hourglass shape (associated with a heat affected zone) can be observed, characteristic of a high-frequency electric resistance weld (ERW).

## 3.7   Solid Sampling of Corrosion Products

### 3.7.1   pH Testing and Qualitative Spot Testing

The pH of the external corrosion products collected from Feature 5 was determined using deionized (DI) water and pH test paper.  The pH of the deposits was 5 to 6 and the pH of the DI water used in the analysis was also 5 to 6.

Qualitative spot testing, using 2N HCl, was performed on three external corrosion products collected from Feature 1, Feature 2, and Feature 5.  Portions of the samples were placed in vials with lead acetate tape and a few drops of the HCl were placed on the products. Vigorous bubbling is a positive indication for the presence of carbonates.  A rotten egg odor

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing

and/or discoloration of lead acetate tape are positive indications for the presence of sulfides. All samples tested negative for both carbonates and sulfides.

## 3.7.2   X-ray Diffraction

X-ray diffraction was performed on corrosion products collected from Feature 1 and Feature 2.  The resulting spectrum for each is presented in Figure 62 and Figure 63, respectively. The compounds identified for each were goethite (FeOOH) and magnetite ($Fe_3O_4$).  Goethite is one of the most thermodynamically stable iron oxides under aerobic (high oxygen) conditions.   Conversely, magnetite is metastable phase formed under low oxygen conditions.

## 3.7.3   Energy Dispersive Spectroscopy

Energy dispersive spectroscopy was performed on the corrosion products captured in the metallographic cross-sections.  Figure 64 contains the results of EDS scans performed on the corrosion products in Mount 195370-1, associated with Feature 1.  EDS scans were performed within the layered regions identified in the metallographic examination.  The results are summarized in Table 5.  The two primary constituents are iron (Fe) and oxygen (O), which are characteristic of iron oxides.  Small quantities of chlorine (Cl) were identified, likely associated with chlorides, while most of the other constituents are elements common to line pipe steels.  A relatively high concentration of copper (Cu) was identified in Scan 1 (8 wt.%), which is atypical of line pipe steel and may be associated with deposits from groundwater.  The other three scans identified typical concentrations of Cu. The light area, Scan 3, has an O content of 29.24 wt.%, while the darker bands, Scan 2 and Scan 4, have an average oxygen content of 36.88 wt.%.  Given that the XRD analyses identified goethite and magnetite as the two compounds associated with the corrosion products, these values were compared to the calculated oxygen content for goethite (36 wt.%) and magnetite (28 wt.%).   These values correlate very closely, indicating that the light areas are likely magnetite and the darker areas are likely goethite.

Figure 65 contains the results of EDS scans performed on the corrosion products on Mount 195331-1, associated with Feature 4.  Similar results were obtained for the layers identified in the cross-section.  The results are summarized in Table 5, which again shows that the compositions of the light layers correspond to magnetite and the compositions of the darker layers correspond to goethite.  The variation in oxygen content is apparent in the line scan presented in Figure 66, which illustrated the decreased oxygen content of the lighter layer.

DNV GL – OAPUS309DNOR (PP136049)                                                                14
September 18, 2015
**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

## 3.8  Microbiological Analyses

The external surface of the pipe section was swabbed (at DNV GL) over a standard area of approximately 1 cm$^2$ for bacterial analysis.  The swabs were taken from the bottom of Feature 1, 16.65 feet D/S from the U/S GW and from an area beneath disbonded coal tar coating with no significant corrosion; approximately 5 inches CCW from Feature 1. Separate swab samples were taken from each location for the serial dilution and microscopic examination analyses.  The results of the microbiological analyses are discussed below.

### 3.8.1  Serial Dilution – Liquid Culture Media

Table 6 shows the results of the bacteria serial dilution testing for the swab samples collected from the pipe section.  The results reveal a positive indication for five types of bacteria (APB, AERO, ANA, IRB, and NRB) at the corrosion feature, while there were no positive indications for bacteria at the area away with no significant corrosion.  As seen in the table, the highest concentration of bacteria detected was 100 bacteria per cm$^2$, which is a relatively low value.

### 3.8.2  Microscopic Examination for Total Bacteria

The swabs collected from Feature 4 and from the area away were fixed in 1% glutaraldehyde and examined using epifluorescent microscopy.  The practical minimum detection limit for this method is approximately 10$^3$ cells/ml of fixed sample.  The results of the analysis are provided in Table 7.  As seen in the table, rod-shaped cells were detected for the swab samples removed at Feature 1 and an area of no apparent corrosion.  The calculated concentration of cells for the swab samples were 1.70 × 10$^4$ cells/mL and 2.8 × 10$^4$ cells/mL.  This type of microscopic examination does not differentiate between living and non-living organisms.

## 3.9  Soil Testing

DNV GL collected six (6) soil samples from the dig site at the failure location.  Two samples were collected from under the pipe at each of the three locations: 8 feet U/S of GW 5930 (IDs 10000151761 & 10000151762), 2 feet D/S of failure location (IDs 10000151753 & 1000151759), and 12.5 feet D/S of GW 5940 (IDs 10000151754 & 10000151755).  The only samples not contaminated with product were the samples collected 8 feet U/S of GW 5930.  Figure 67 is a photograph showing the soil samples collected 8 feet US of GW 5930. The samples were placed in a cooler with ice packs and shipped to DNV GL's laboratory for testing.  One of the uncontaminated samples (Sample 10000151761) was sieved in order to conduct the testing.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Testing was conducted to determine the physical and chemical properties of the sample, including: (1) resistivity, (2) moisture content, (3) pH, (4) soluble anions [Cl-, $SO_4^{2-}$, $S_2^-$, $NO_2^-$, $NO_3^-$, $CO_3^{2-}$, $HCO_3^-$], (5) soluble cations [K+, $Ca^{2+}$, $Mg^{2+}$, $Na^+$], (6) total alkalinity, (7) total acidity, (8) linear polarization resistance, and (9) total dissolved solids (TDS).  The results of the analyses are provided in Table 8 through Table 10.

The sample exhibited relatively low levels of nitrate ($NO_3^-$), chloride ($Cl^-$) and carbonate ($HCO_3^-$) and high levels of sulfate ($SO_4^{2-}$) anions; 115, 117, 204, and 3600 mg/L, respectively.  The soil resistivity decreased from 3,800 ohm-cm in the as-received condition to 400 ohm-cm when saturated.  Based on these data, the soil is considered corrosive.[5] Corrosion rates were determined for the soil sample in the as-received and saturated condition using linear polarization resistance (LPR).  The resulting corrosion rates were 2.5 and 2.7 mils per year (mpy), respectively.

## 3.10  Mechanical Testing

The results of tensile testing of duplicate, transverse base metal specimens removed from the pipe joint that failed and the U/S and D/S joints are shown in Table 11.  The average yield strength (YS) and ultimate tensile strength (UTS) of Joint 5930 were 64.8 ksi and 84.0 ksi, respectively.  The average YS of the base-metal samples is marginally lower than the minimum YS requirements for API 5L X65 line pipe steel of 65.0 ksi.  The average is based on two tests values of 65.2 and 64.4 ksi.  The average UTS of the base-metal samples meets the minimum UTS requirements for API 5L X65 line pipe steel of 80 ksi.  The tensile properties of the U/S and D/S joints meet the requirements for API 5L X65 line pipe steel, as shown in Table 11.

Table 12 - Table 14 summarize the results of the Charpy testing for the transverse base metal samples while Figure 68 through Figure 73 show the corresponding Charpy percent shear and impact energy curves.  An analysis of the data for the base metal specimens from the failure joint, Joint 5930, indicates that the 85% fracture appearance transition temperature (FATT) is -58.5°F and the upper shelf Charpy energy is 164.8-ft·lbs, full size. These are very good values and typical for modern line pipe steels.  The CVN test results can be adjusted to determine the 85% FATT that would be expected for full-scale pipe by applying temperature shifts to the data.  This method (full-scale) adjusts the 85% FATT obtained from the Charpy tests to a predicted FATT from the Battelle Drop-Weight Tear Test (BDWTT).  The predicted 85% FATT from the BDWTT test most closely represents the

---

5  *Peabody's Control of Pipeline Corrosion*, 2nd Edition, Table 5.5 and Table 5.7.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

expected FATT for full-scale pipe wall material.[6]  The full-scale brittle to ductile transition temperature for the failure joint, based on a pipe wall thickness of 0.359 inches, is shown in Table 15.  The pipe joint is expected to exhibit ductile fracture behavior above -78.4°F.[7] The values for the U/S and D/S joints are also provided in Table 15.  The toughness properties of these joints also are very good but not quite as good as the failure joint.

## 3.11  Chemical Analysis

The results of the chemical analyses performed on samples removed from the failure joint and the U/S and D/S pipe joints are shown in Table 16.  The results show that the pipe joints meet the composition specifications for API 5L X65 line pipe steel at the time of manufacture.

## 3.12  Failure Pressure Analysis

CorLAS™ (Version 3.02) was used to perform Remaining Strength (RSTRENG) calculations to estimate the failure pressure incorporating the effective-area methodology.  The calculations were based on the measured mechanical properties and dimensions of the failure joint, and the measured flaw profile.  Three flaw profiles were considered for the analysis:

- Case 1:  Measurements made along the fracture surface combined with laser scan data on either end of the failure opening, within Feature 4; the black profile presented in Figure 47.

- Case 2:  The laser scan data and measurements made adjacent to the fracture surfaces, presumably in areas where necking/plasticity was minimized; the blue profile presented in Figure 47.

- Case 3:  The laser scan data and discretizing corrosion Feature 4 into ½-inch cells; columns running axial and rows running circumferential.  The average depth for each cell was determined and the lowest values identified within each column were then used to generate the flaw profile; refer to Figure 74 and Figure 47 (green profile).[8]

The measured flaw profiles, presented in Figure 47, were fed into CorLAS™ whereby an algorithm converted each profile into an equivalent semi-elliptical flaw.  These effective (or

---

6  W. A. Maxey, J. F. Kiefner, R. J. Eiber, *Brittle Fracture Arrest in Gas Pipelines,"* NG-18 Report No. 135, A.G.A. Catalog No. L51436, April 1983, Battelle Columbus Laboratories.
7  Rosenfeld, M.J., *"A Simple Procedure for Synthesizing Charpy Impact Energy Transition Curves from Limited Test Data,"* International Pipeline Conference, Volume 1, ASME, 1996, Equation 1.
8  The average thickness for each cell was used (instead of minimum values) due to meshing effects along the fracture surface that provided unrealistic minimum wall thickness values as a result of the slanted fracture surfaces.

---

DNV GL – OAPUS309DNOR (PP136049)                                                            17
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

equivalent) flaws were used to estimate the failure pressure.  The results of the analysis are presented in Table 17.  The calculated failure pressure for Case 1, Case 2, and Case 3 are 474 psig, 759 psig, and 763 psig, respectively.

The estimated pressure at the failure location at the time of the failure was reportedly 737 psig, which is in very good agreement with the estimated failure pressures for Case 2 and Case 3.   As discussed previously, the estimated failure pressure for Case 1 is underestimated due to the presence of necking that resulted from the overload event. Additional results of the analysis, and a description of CorLAS™, are summarized in Appendix A.

## 4.0  DISCUSSION AND CONCLUSIONS

External corrosion was identified at several locations along the failed pipe section, including the corrosion feature that ultimately failed on May 19, 2015.  The corrosion features are located in areas where the external polyethylene tape, thermal polyurethane insulation, and coal tar enamel were compromised, allowing the ingress of moisture to facilitate aqueous corrosion.  Cracking in the polyethylene tape, as well as wrinkles, provided pathways for water to collect against the bottom of the pipe section.  This in turn may have initiated and/or accelerated the breakdown of the thermal insulation that resulted in compression of the insulation and breakdown of the cellular structure, causing water absorption and retention.  The presence of goethite and magnetite in a layered morphology is consistent with aqueous corrosion under wet-dry cycling.[9]  When oxygen transport is high, such as during the drying stages when the electrolyte is relatively thin, goethite is the stable oxide. However, during saturated conditions or when oxygen is limited (i.e. thick products), magnetite is predominant.  The alternating nature of the layers suggests that external variables, such as rain, drainage, and operating temperature contributed to the corrosion process.

The term corrosion under insulation (CUI) may be defined as external corrosion of carbon steel piping, pressure vessels, and structural components resulting from water trapped under insulation.[10]  Although typically associated with above-ground piping, CUI is the appropriate corrosion mechanism for this particular failure given the contributing role of the thermal insulation to the corrosion process.  Thus, the results of the analyses indicate that CUI was the primary corrosion mechanism, facilitated by wet-dry cycling.  Although bacteria were identified at a corrosion feature sampled U/S of the failure location, the quantities were low and the layered morphology within the corrosion products is not necessarily

---

9  Nasrazadani, S. and Raman, A., *Formation and Transformation of Magnetite (Fe3O4) on steel surfaces under Continuous and Cyclic Water Fog Testing*, Corrosion, 1993.
10 API Recommended Practice 583, Corrosion Under Insulation and Fireproofing, May 2014.

DNV GL – OAPUS309DNOR (PP136049)                                                                                          18
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

consistent with MIC, particularly given that the corrosion products are extremely rigid. Therefore, there is no strong evidence to indicate that MIC contributed to the observed corrosion.  A summary of our observations are provided below.

## Summary of Observations

- The failure was associated with an external corrosion feature located 33.50 feet from the upstream girth weld, at the 4:24 orientation (center of corrosion feature).

- The dimensions of the corrosion feature were 12.1 inches axially by 7.4 inches circumferentially.  The maximum depth, as measured using laser scan data, was 0.318 inches or 89% of the measured wall thickness (0.359 inches).

- The failure opening was 6.6 inches in axial length, with the upstream and downstream ends located 33.35 and 33.9 feet from the upstream girth weld.

- The maximum circumferential dimension of the failure opening was 1.14 inches, approximately 33.45 feet from the upstream girth weld, at the 4:15 orientation.

- The fracture surfaces exhibited ductile overload.

- Cracking and wrinkling were observed within the polyethylene tape.

- Compression was observed within the polyurethane insulation at areas on the bottom of the pipe.  These areas were saturated with moisture.

- Disbondment of the coal tar coating was observed on the bottom of the pipe along the length of Pipe Section 2.

- External corrosion features, including the feature associated with the failure, were identified at or adjacent to areas of saturated, compressed insulation.

- The corrosion products were rigid, non-friable, and, at some locations, well adhered to the pipe section.  The products consist of alternating layers of goethite and magnetite.

- No evidence of internal corrosion was observed along the length of the pipe sections inspected.

- The average yield strength (YS) for the failure joint is marginally lower than the minimum YS requirements for API 5L X65 line pipe steel of 65.0 ksi.  The average is based on two tests values; one slightly higher (65.2 ksi) and one slightly lower (64.4 ksi) than the requirement.  The average ultimate tensile strength (UTS) of the failure joint meets the minimum UTS requirements for API 5L X65 line pipe steel of 80 ksi.

- The Charpy V-notch (CVN) properties of the base metal are typical for the vintage and grade of line pipe steel.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

- The chemical composition of the base metal meets requirements for the vintage and grade of line pipe steel.

- The microstructure of the base metal is typical for the vintage and grade of line pipe steel.

- The CorLAS™ predicted failure pressure for the failed joint was calculated to be approximately 760 psig, which is in very good agreement with reported pressure at the failure location and time of failure (737 psig).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing

Table 1.  Summary of the locations and dimensions of corrosion features identified during the laboratory examination on the external surface of PS 2.

| Corrosion Feature (2015 ILI "Log Dist.") | Distance from U/S GW to Center of Feature (feet) | Axial Length (inches) | Distance from TDC to Center of Feature, Clockwise (inches) | Circumferential Length (inches) | O'clock Orientation (TDC to Center of Feature) | Maximum Depth from Laser Scan Data[11] (inches) |
|---|---|---|---|---|---|---|
| Feature 1 (21367.67) | 16.55 | 8.3 | 43.00 | 7.7 | 6:50 | 0.112 (31%) |
| Feature 2 (21368.88) (21369.26) (21369.49) (21369.56) (21369.57) (21369.99) (21370.13) (21370.48) | 18.61 | 21.9 | 40.30 | 9.8 | 6:24 | 0.199 (55%) |
| Feature 3 (21382.40) | 31.52 | 7.7 | 35.60 | 17.2 | 5:40 | 0.208 (58%) |
| Feature 4 (21384.17) (21384.38) (21484.39) (21484.54) (21484.58) (21384.63) | 33.50 | 12.1 | 27.75 | 7.4 | 4:24 | 0.318 (89%) |
| Feature 5 | 33.83 | 1.8 | 44.80 | 2.2 | 7:00 | 0.025 (7%) |
| Feature 6 (21385.39) | 34.32 | 2.8 | 30.10 | 2.8 | 4:48 | 0.122 (34%) |

11 Based on measured nominal wall thickness of 0.359 inches.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 2.    Results of diameter measurements performed on PS 1 and PS 2 using Pi tape and a tape measure.

| Location | Diameter Using Pi Tape (inches) | Diameter 3 to 9 o'clock (inches) | Diameter 6 to 12 o'clock (inches) |
|---|---|---|---|
| PS 1 - U/S end; Joint 5920 | 24.059 | 24.0 | 24.0 |
| PS 2 - 30.7' from U/S GW; Joint 5930 | 24.059 | 24.0 | 24.0 |
| PS 2 - 36' from U/S GW; Joint 5930 | 24.055 | 24.1 | 24.0 |
| PS 2 - D/S end; Joint 5940 | 24.048 | 24.1 | 24.0 |

Table 3.    Results of wall thickness measurements performed on PS 1 and PS 2.

| O'clock Orientations | Wall Thickness, PS 1 U/S End Joint 5920 (inches) | Wall Thickness, PS 2 30.7' from U/S GW Joint 5930 (inches) | Wall Thickness, PS 2 36' from U/S GW Joint 5930 (inches) | Wall Thickness, PS 2 D/S End Joint 5940 (inches) |
|---|---|---|---|---|
| 12:00 | 0.356 | 0.359 | 0.359 | 0.358 |
| 3:00 | 0.360 | 0.362 | 0.362 | 0.359 |
| 6:00 | 0.356 | 0.359 | 0.358 | 0.359 |
| 9:00 | 0.357 | 0.359 | 0.357 | 0.358 |
| Average | 0.357 | 0.360 | 0.359 | 0.359 |

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 4.   Results of thickness measurements performed adjacent (~0.100 inches circumferentially) to the failure opening using the laser scan dataset. See Figure 32.

| Distance to U/S GW (feet) | Measured Wall Thickness (inches) |
|---|---|
| 33.02 | 0.354 |
| 33.07 | 0.344 |
| 33.12 | 0.340 |
| 33.15 | 0.249 |
| 33.17 | 0.189 |
| 33.21 | 0.118 |
| 33.26 | 0.138 |
| 33.32 | 0.124 |
| 33.36 | 0.111 |
| 33.41 | 0.096 |
| 33.44 | 0.072 |
| 33.47 | 0.051 |
| 33.48 | 0.043 |
| 33.48 | 0.043 |
| 33.51 | 0.066 |
| 33.53 | 0.067 |
| 33.55 | 0.091 |
| 33.60 | 0.119 |
| 33.62 | 0.074 |
| 33.64 | 0.049 |
| 33.67 | 0.073 |
| 33.70 | 0.085 |
| 33.73 | 0.079 |
| 33.76 | 0.072 |
| 33.79 | 0.073 |
| 33.84 | 0.042 |
| 33.89 | 0.072 |
| 33.92 | 0.106 |
| 33.95 | 0.242 |
| 33.98 | 0.352 |

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 5.    Results of elemental analyses, using EDS, performed on corrosion products from Feature 1 and Feature 4 compared to ideal chemistry compositions of goethite and magnetite; values presented in mass percent (wt.%).

| Element | Mount 195370-1 (Feature 1 Products) | | | | Mount 195331-1 (Feature 4 Products) | | | Goethite (FeOOH) | Magnetite (Fe₃O₄) |
|---|---|---|---|---|---|---|---|---|---|
| | Scan 1 (Mixed Layers) | Scan 2 (Dark Layer) | Scan 3 (Light Layer) | Scan 4 (Light Layer) | Scan 1 (Light Layer) | Scan 2 (Light Layer) | Scan 3 (Dark Layer) | Goethite (FeOOH) | Magnetite ($Fe_3O_4$) |
| Oxygen (O) | 33.52 | 35.78 | 29.24 | 37.97 | 27.85 | 29.45 | 37.83 | 36.01 | 27.64 |
| Silicon (Si) | 0.19 | 0.40 | 0.41 | 0.26 | 0.21 | 0.20 | 0.22 | – | – |
| Chlorine (Cl) | 0.19 | 0.06 | 0.07 | 0.15 | – | – | – | – | – |
| Sulfur (S) | – | – | – | – | – | – | 0.18 | – | – |
| Manganese (Mn) | 0.79 | 0.80 | 0.68 | 0.73 | 0.59 | 0.93 | 0.98 | – | – |
| Magnesium (Mg) | – | – | – | – | – | – | 0.48 | – | – |
| Iron (Fe) | 56.87 | 62.46 | 69.60 | 60.71 | 71.35 | 69.41 | 60.30 | 62.85 | 72.36 |
| Copper (Cu) | 8.44 | 0.49 | – | 0.18 | – | – | – | – | – |

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 6.    Results of bacteria analyses performed on swabs taken, over an ~1 cm$^2$ area, from the external surface of Pipe Section 2 at Feature 1 on the failure joint and at an area of disbonded coating away from significant corrosion.

| Bacteria Type | Feature 1 (16.65 ft D/S from U/S GW) | | Area of No Significant Corrosion (Outside of Feature 1; ~ 5 inches CCW) | |
|---|---|---|---|---|
| | Test Result | Number of Positive Vials | Test Result | Number of Positive Vials |
| Aerobic (AERO) | Positive | 2 | Not detected | – |
| Anaerobic (ANA) | Positive | 2 | Not detected | – |
| Acid-Producing (APB) | Positive | 2 | Not detected | – |
| Sulfate-Reducing (SRB) | Not detected | – | Not detected | – |
| Iron-Related (IRB) | Positive | 2 | Not detected | – |
| Nitrate-Reducing (NRB) | Positive | 2 | Not detected | – |

**Bacteria Concentration Key:**

1    10 bacteria per cm$^2$

2    100 bacteria per cm$^2$,

3    1,000 bacteria per cm$^2$,

4    10,000 bacteria per cm$^2$,

5    100,000 bacteria per cm$^2$

Table 7.    Results of optical microscopy examination for fixed internal swab samples taken, over a ~1 cm$^2$ area, from the external surface of the pipe section at Feature 1 and at an area away from significant corrosion.

| Sample Identification | Aliquot Volume, uL | Total Cells Observed | Calculated № cells/mL | Morphology |
|---|---|---|---|---|
| **Feature 1** (16.65 ft D/S from U/S GW) | 5 | 12 | $1.70 \times 10^4$ | Rod |
| **Area of No Apparent Corrosion** (Outside of Feature 1; ~ 5 inches CCW) | 5 | >20 | $2.80 \times 10^4$ | Rod |

**Contains Confidential Information Provided By Plains All American Pipeline LP**

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 8.      Summary of soluble cation and anion concentrations for soil sample 10000151761.

| Sample ID | Soluble cations mg/L | | | | Soluble anions mg/L | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Na$^+$ | K$^+$ | Ca$^{2+}$ | Mg$^{2+}$ | NO$_2^-$ | NO$_3^-$ | Cl$^-$ | SO$_4^-$ | S$_2^-$ | CO$_3^{2-}$ | HCO$_3^-$ |
| 10000151761 (8' U/S of GW 5930; below pipe) | 898 | 320. | 495 | 9.64 | < 2.1 | 115 | 117 | 3600 | < 0.67 | < 13.3 | 204 |

Table 9.      Summary of various chemical properties for soil sample 10000151761.

| Sample ID | pH soil | Total Acidity mg CaCO$_3$/kg | Total Alkalinity mg CaCO$_3$/kg | As-Received Moisture Content % | Total Dissolved Solids (mg/L) |
|---|---|---|---|---|---|
| 10000151761 (8' U/S of GW 5930; below pipe) | 7.95 | < 66.5 | 204 | (a) 27.59% (b) 21.62% | 6350 |

a – Percent moisture per AASHTO T265 & ASTM D2216
b – Percent moisture per EPA Method 1684, Eq. 2.

Table 10.      Summary of various electrochemical properties for soil sample 10000151761.

| Sample ID | Resistivity Ohm-cm (as-received) | Resistivity Ohm-cm (saturated) | LPR mpy (as-received) | LPR mpy (saturated) |
|---|---|---|---|---|
| 10000151761 (8' U/S of GW 5930; below pipe) | 3,800 | 400 | 2.5 | 2.7 |

DNV GL – OAPUS309DNOR (PP136049)                                                                 26
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 11.    Results of tensile tests performed on transverse base metal specimens from the failure and the U/S and D/S joints compared with requirements for API 5L Grade X65 line pipe steel.

| | Failure Joint (10000151970) | U/S Joint (10000151968) | D/S Joint (10000151969) | API 5L Grade X52 (Minimum Values) [3] |
|---|---|---|---|---|
| Yield Strength, ksi [1] | 64.8[2] | 65.9 | 68.4 | 65 |
| Tensile Strength, ksi [1] | 84.0 | 84.6 | 87.7 | 80 |
| Elongation in 2 inches, % [1] | 35.0 | 33.6 | 32.8 | 21.25 |
| Reduction of Area, % [1] | 60.1 | 62.8 | 57.6 | – |

1 – Average of duplicate tests.

2 – Average of 65.2 ksi (extensometer on OD) and 64.4 ksi (extensometer on ID)

3 – API 5LX, 35th Edition, May 1986.

Table 12.    Results of Charpy V-notch impact tests for transverse base metal specimens removed from the joint that failed (Joint 5930).

| Sample ID | Temperature, °F | Sub-size Impact Energy, ft-lbs | Full Size Impact Energy, ft-lbs | Shear, % | Lateral Expansion, mils |
|---|---|---|---|---|---|
| 15446-1-6 | -238 | 2 | 2 | 0 | 0.006 |
| 15446-1-10 | -189 | 4 | 5 | 1 | 0.006 |
| 15446-1-4 | -148 | 24 | 28 | 8 | 0.017 |
| 15446-1-2 | -103 | 33 | 38 | 29 | 0.022 |
| 15446-1-8 | -65 | 103 | 120 | 83 | 0.076 |
| 15446-1-7 | -29 | 124 | 144 | 91 | 0.084 |
| 15446-1-1 | -4 | 119 | 138 | 99 | 0.081 |
| 15446-1-3 | 32 | 130 | 151 | 100 | 0.082 |
| 15446-1-5 | 68 | 158 | 184 | 100 | 0.083 |
| 15446-1-9 | 100 | 142 | 165 | 100 | 0.080 |

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 13.    Results of Charpy V-notch impact tests for transverse base metal specimens removed from the U/S joint (Joint 5920).

| Sample ID | Temperature, °F | Sub-size Impact Energy, ft-lbs | Full Size Impact Energy, ft-lbs | Shear, % | Lateral Expansion, mils |
|---|---|---|---|---|---|
| 15446-2-9 | -312 | 1 | 1 | 0 | 0.001 |
| 15446-2-3 | -238 | 2 | 2 | 0 | 0.001 |
| 15446-2-2 | -193 | 4 | 5 | 3 | 0.001 |
| 15446-2-5 | -148 | 5 | 6 | 15 | 0.002 |
| 15446-2-1 | -103 | 18 | 22 | 20 | 0.012 |
| 15446-2-10 | -51 | 48 | 58 | 41 | 0.045 |
| 15446-2-4 | -4 | 101 | 122 | 92 | 0.075 |
| 15446-2-6 | 32 | 104 | 126 | 100 | 0.073 |
| 15446-2-7 | 75 | 111 | 135 | 100 | 0.078 |
| 15446-2-8 | 100 | 117 | 142 | 100 | 0.079 |

Table 14.    Results of Charpy V-notch impact tests for transverse base metal specimens removed from the D/S joint (Joint 5940).

| Sample ID | Temperature, °F | Sub-size Impact Energy, ft-lbs | Full Size Impact Energy, ft-lbs | Shear, % | Lateral Expansion, mils |
|---|---|---|---|---|---|
| 15446-3-9 | -312 | 1 | 1 | 0 | 0.000 |
| 15446-3-3 | -238 | 2 | 2 | 1 | 0.002 |
| 15446-3-2 | -193 | 3 | 4 | 3 | 0.002 |
| 15446-3-5 | -148 | 5 | 6 | 15 | 0.003 |
| 15446-3-1 | -103 | 12 | 15 | 15 | 0.007 |
| 15446-3-10 | -51 | 40 | 48 | 36 | 0.040 |
| 15446-3-4 | -4 | 83 | 101 | 83 | 0.068 |
| 15446-3-6 | 32 | 92 | 112 | 100 | 0.077 |
| 15446-3-7 | 75 | 96 | 116 | 100 | 0.079 |
| 15446-3-8 | 100 | 103 | 125 | 100 | 0.080 |

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 15.  Results of analyses of the Charpy V-notch impact energy and percent shear plots for base metal specimens removed from the three pipe joints.

|  | Failure Joint; Joint 5930 (10000151970) | U/S Joint; Joint 5920 (10000151968) | D/S Joint; Joint 5940 (10000151969) |
|---|---|---|---|
| Upper Shelf Impact Energy   (Full Size), Ft-lbs | 164.8 | 138.9 | 121.3 |
| 85% FATT, °F | -58.5 | -1.6 | 4.8 |
| 85% FATT, °F (Full Scale Pipe) [1] | -78.4 | -19.4 | -12.7 |

1 – Full Scale Pipe FATT = 85% FATT + $((66*(t_w^{0.55}/t_c^{0.7})-100)$ where $t_w$ = pipe wall thickness and $t_c$ = width of the CVN specimen.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 16.    Results of chemical analyses of samples removed from the joint that failed and the U/S and D/S joints compared with composition requirements (product analysis) for API 5L Grade X65 line pipe steel.[1]

| Element | | Failure Joint; 5930 (10000151970) (Wt. %) | U/S Joint; 5920 (10000151968) (Wt. %) | D/S Joint; 5940 (10000151969) (Wt. %) | API 5L Grade X65 Spec (Wt. %) [1] |
|---|---|---|---|---|---|
| C | (Carbon) | 0.082 | 0.083 | 0.078 | 0.30 (max) |
| Mn | (Manganese) | 1.110 | 1.160 | 1.120 | 1.50 (max) |
| P | (Phosphorus) | 0.011 | 0.010 | 0.010 | 0.050 (max) |
| S | (Sulfur) | 0.007 | 0.007 | 0.007 | 0.060 (max) |
| Si | (Silicon) | 0.170 | 0.190 | 0.160 | – |
| Cu | (Copper) | 0.268 | 0.270 | 0.274 | – |
| Sn | (Tin) | 0.000 | 0.000 | 0.000 | – |
| Ni | (Nickel) | 0.008 | 0.008 | 0.006 | – |
| Cr | (Chromium) | 0.035 | 0.027 | 0.028 | – |
| Mo | (Molybdenum) | 0.000 | 0.000 | 0.000 | – |
| Al | (Aluminum) | 0.010 | 0.016 | 0.012 | – |
| V | (Vanadium) | 0.022 | 0.024 | 0.028 | 0.010 (min) |
| Nb | (Niobium) | 0.063 | 0.065 | 0.062 | 0.005 (min) |
| Zr | (Zirconium) | 0.000 | 0.000 | 0.000 | – |
| Ti | (Titanium) | 0.011 | 0.016 | 0.015 | – |
| B | (Boron) | 0.0006 | 0.0005 | 0.0005 | – |
| W | (Tungsten) | 0.000 | 0.000 | 0.000 | – |
| Co | (Cobalt) | 0.000 | 0.000 | 0.000 | – |
| Fe | (Iron) | 98.200 | 98.100 | 98.200 | Balance |

1 – API 5L, 35th Edition, May 1986.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Table 17.     Results of failure pressure analyses using CorLAS$^{TM}$.  The pressure at the failure site was estimated at 737 psig.

| Case № | Equivalent Flaw Profile | Properties | Estimated Failure Pressure (psig) |
|--------|-------------------------|------------|-----------------------------------|
| 1 | As-measured along fracture surface (includes necking) | Measured | 474 |
| 2 | Laser scan data adjacent to fracture surface | Measured | 759 |
| 3 | Laser scan data ½ × ½ inch grid (average) | Measured | 763 |

Contains Confidential Information Provided By Plains All American Pipeline LP

Case 2:26-cv-05242-SVW-SSC    Document 31    Filed 05/14/26    Page 54 of 118    Page ID #:15694



Figure 1.        Photograph showing the failure location and the locations of the two pipe sections, during excavation.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 2.    Photograph showing Pipe Section 1 following removal from the ditch.

DNV GL –  OAPUS309DNOR (PP136049)
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

33

Case 2:26-cv-05242-SVW-SSC    Document 31    Filed 05/14/26    Page 56 of 118    Page ID #:15696



Figure 3.      Photograph showing Pipe Section 2 being removed from the ditch.

Contains Confidential Information Provided By Plains All American Pipeline LP

Case 2:26-cv-05242-SVW-SSC    Document 31    Filed 05/14/26    Page 57 of 118    Page ID #:15697



Figure 4.        Schematic showing the location of the failure and where samples were removed for various analyses.

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 5.        Photograph showing the cargo container in the as-received condition.



Figure 6.        Photographs showing the pipe sections in the as-received condition, within the cargo container.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



(a)



(b)

Figure 7.     Photographs showing failure location on PS 2 a) before and b) after evidence tape and a clear protective wrapping was removed.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



(a)



(b)

Figure 8.        Photographs showing the failure location a) while on site (May 28, 2015) and b) after transit to DNV GL's facility (June 15, 2015).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 9.    Photograph showing a stamp on the internal surface of the failure joint, near the D/S GW (GW 5940). "NIPPON" and "24" are legible.

Contains Confidential Information Provided By Plains All American Pipeline LP

Figure 10.    Photographs showing the condition of the external tape on the failure joint.  Tape measure indicates distance to upstream girth weld.

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

Contains Confidential Information Provided By Plains All American Pipeline LP

DNV GL  –  OAPUS309DNOR (PP136049)
September 18, 2015

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 11.    Photograph showing the internal surface of the external tape from the failure joint.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



Figure 12.    Photograph showing the internal surface of the external tape at the failure location. Tape measure indicates distance to upstream girth weld.

Contains Confidential Information Provided By Plains All American Pipeline LP



Figure 13.     Photograph showing the external surface of the external tape at the failure location.

Contains Confidential Information Provided By Plains All American Pipeline LP

Case 2:26-cv-05242-SVW-SSC    Document 31    Filed 05/14/26    Page 65 of 118    Page ID #:15705

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



(a)



(b)

Figure 14.    Photographs showing the external surface of the PU insulation at a) the U/S end of PS 2 (14' to 20' from U/S GW) and b) the failure location (31.5' to 36.4' from U/S GW).  Tape measure indicates distance to upstream girth weld.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 15.    Photograph showing a crack in the PU insulation within a wrinkle.  White contrast paint was applied to the surface to facilitate laser scanning and visual inspection.  Area shown in Figure 14; scale in mm.



Figure 16.    Photograph showing a piece of insulation removed from adjacent to the failure location; near 4:30 orientation.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 17.    Photograph showing corrosion product that was wedged between the pipe surface and polyurethane insulation. Location indicated in Figure 16; scale in mm.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 18.      Photographs showing the amount of compression in the insulation adjacent to the failure location; near 6:00 orientation. Scale in mm.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 19.     Photograph showing the insulation and coal tar coating separating from the pipe in large sheets on the underside of the pipe; approximately 29′ from U/S GW.



Figure 20.     Photograph showing the insulation and coal tar coating separating from the pipe in large sheets on the underside of the pipe; approximately 17′ from U/S GW.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 21.    Photograph showing blistered coal tar coating along the 12:00 orientation on PS 2; approximately 28' from U/S GW.



Figure 22.    Photograph showing external corrosion features on PS 2; Feature 1 and Feature 2. Tape measure indicates distance to upstream girth weld.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 23.    Photograph showing an external corrosion feature on PS 2; Feature 3. Tape measure indicates distance to U/S GW.



Figure 24.    Photograph showing external corrosion features on PS 2; Feature 4 and Feature 6. Tape measure indicates distance to U/S GW (Note: tape slipped 0.1' to the right).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 25.      Photograph showing an external corrosion feature on PS 2; Feature 5. Tape measure indicates distance to U/S GW.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



(a)



(b)

Figure 26.    Photographs showing the a) external and b) internal surfaces of the pipe section at the failure location (Coupon 1).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



(a)



(b)

Figure 27.    Photographs showing Pipe Section 2 from 37.7 feet to 40.4 feet from GW 5930 a) before and b) after the composite repair sleeve was removed. Tape measure indicates distance to U/S GW (GW 5930).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 28.     Photograph the primary feature repaired on May 13, 2013.   Area shown in Figure 27. Tape measure indicates distance to U/S GW.

Contains Confidential Information Provided By Plains All American Pipeline LP



Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing

Figure 29.    Renderings of PS 1 and PS 2 (viewed from the OD surface) from laser scanning data showing Feature 1 and Feature 2; Coupon 2. The transparency of the insulation was changed to show a correlation between the features observed on the insulation with corrosion features observed on the pipe. The scale on the right is from 0.000 to 0.400 inches.

Contains Confidential Information Provided By Plains All American Pipeline LP

DNV GL  –  OAPUS309DNOR (PP136049)
September 18, 2015

55

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



Figure 30.    Renderings of PS 1 and PS 2 (viewed from the OD surface) from laser scanning data showing the failure location (Feature 4) and Feature 3, 5, and 6; Coupon 1. The transparency of the insulation was changed to show a correlation between the features observed on the insulation with corrosion features observed on the pipe. The scale on the right is from 0.000 to 0.400 inches.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 31.    Rendering of the failure location (viewed from the OD surface) from laser scanning data showing the remaining wall thickness along the fracture surface.  The scale on the right is from 0.000 to 0.400 inches. Location indicated in Figure 30.

DNV GL – OAPUS309DNOR (PP136049)                                                                                57
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



Figure 32.    Rendering of the failure location showing various thickness measurements made along the corrosion feature and failure opening.  The scale on the right is from 0.000 to 0.400 inches. Measurements are tabulated in Table 4.

DNV GL – OAPUS309DNOR (PP136049)
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 33.     Renderings of the area under the composite repair sleeve showing the thickness profile for the feature repaired on May 13, 2013.  The scale on the right is from 0.000 to 0.400 inches.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



Figure 34.    Photograph showing the internal surface of the pipe section at the failure location with the 1 × 1 inch grid painted on the surface. Tape measure indicates distance to U/S GW.

Contains Confidential Information Provided By Plains All American Pipeline LP

DNV GL – OAPUS309DNOR (PP136049)
September 18, 2015

60

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



**Flow**

33.3'

Figure 35.    Results of the UT measurements performed on 1" × 1" grid near the failure location; Feature 4 (Coupon 1).

DNV GL – OAPUS309DNOR (PP136049)
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

61

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



**Flow**

16.1′

| | C25 | C26 | C27 | C28 | C29 | C30 | C31 | C32 | C33 | C34 |
|---|---|---|---|---|---|---|---|---|---|---|
| L0 | 0.362 | 0.361 | 0.360 | 0.361 | 0.362 | 0.362 | 0.361 | 0.361 | 0.360 | 0.362 |
| L1 | 0.363 | 0.362 | 0.362 | 0.363 | 0.363 | 0.364 | 0.362 | 0.362 | 0.363 | 0.364 |
| L2 | 0.362 | 0.362 | 0.364 | 0.362 | 0.364 | 0.364 | 0.362 | 0.364 | 0.364 | 0.364 |
| L3 | 0.364 | 0.365 | 0.365 | 0.360 | 0.362 | 0.364 | 0.363 | 0.363 | 0.362 | 0.364 |
| L4 | 0.365 | 0.343 | 0.352 | 0.356 | 0.360 | 0.362 | 0.360 | 0.354 | 0.360 | 0.361 |
| L5 | 0.365 | 0.364 | 0.364 | 0.363 | 0.361 | 0.365 | 0.362 | 0.360 | 0.326 | 0.327 |
| L6 | 0.364 | 0.358 | 0.363 | 0.363 | 0.362 | 0.362 | 0.357 | 0.358 | 0.359 | 0.361 |
| L7 | 0.360 | 0.361 | 0.362 | 0.363 | 0.362 | 0.362 | 0.360 | 0.359 | 0.359 | 0.362 |
| L8 | 0.337 | 0.361 | 0.362 | 0.361 | 0.362 | 0.363 | 0.360 | 0.361 | 0.360 | 0.361 |
| L9 | 0.354 | 0.362 | 0.362 | 0.355 | 0.350 | 0.355 | 0.359 | 0.361 | 0.360 | 0.361 |
| L10 | 0.364 | 0.363 | 0.361 | 0.342 | 0.339 | 0.339 | 0.349 | 0.343 | 0.359 | 0.347 |
| L11 | 0.364 | 0.355 | 0.340 | 0.329 | 0.312 | 0.305 | 0.303 | 0.307 | 0.336 | 0.332 |
| L12 | 0.362 | 0.348 | 0.336 | 0.324 | 0.351 | 0.269 | 0.234 | 0.306 | 0.325 | 0.353 |
| L13 | 0.362 | 0.351 | 0.337 | 0.349 | 0.358 | 0.264 | 0.263 | 0.295 | 0.324 | 0.356 |
| L14 | 0.363 | 0.351 | 0.337 | 0.350 | 0.355 | 0.359 | 0.335 | 0.311 | 0.322 | 0.358 |
| L15 | 0.361 | 0.357 | 0.345 | 0.357 | 0.357 | 0.361 | 0.359 | 0.343 | 0.342 | 0.363 |
| L16 | 0.363 | 0.362 | 0.361 | 0.361 | 0.363 | 0.361 | 0.361 | 0.359 | 0.357 | 0.361 |
| L17 | 0.363 | 0.361 | 0.348 | 0.322 | 0.361 | 0.361 | 0.361 | 0.361 | 0.357 | 0.357 |
| L18 | 0.364 | 0.362 | 0.360 | 0.362 | 0.362 | 0.362 | 0.361 | 0.362 | 0.361 | 0.362 |
| L19 | 0.362 | 0.363 | 0.361 | 0.362 | 0.362 | 0.361 | 0.363 | 0.360 | 0.362 | 0.362 |
| L20 | 0.363 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.361 | 0.362 | 0.362 |
| L21 | 0.363 | 0.363 | 0.362 | 0.362 | 0.363 | 0.363 | 0.361 | 0.362 | 0.362 | 0.362 |
| L22 | 0.360 | 0.361 | 0.362 | 0.362 | 0.363 | 0.361 | 0.360 | 0.360 | 0.363 | 0.361 |

Figure 36.    Results of the UT measurements performed on 1" × 1" grid near Feature 1 (Coupon 2).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

17.6'

**Flow**

| | C43 | C44 | C45 | C46 | C47 | C48 | C49 | C50 | C51 | C52 | C53 | C54 | C55 | C56 | C57 | C58 | C59 | C60 | C61 | C62 | C63 | C64 | C65 | C66 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L0 | 0.361 | 0.361 | 0.362 | 0.360 | 0.361 | 0.362 | 0.362 | 0.362 | 0.360 | 0.361 | 0.362 | 0.362 | 0.362 | 0.361 | 0.362 | 0.362 | 0.362 | 0.362 | 0.361 | 0.363 | 0.363 | 0.362 | 0.362 | 0.362 |
| L1 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.363 | 0.363 | 0.364 | 0.362 | 0.362 | 0.362 | 0.362 | 0.363 | 0.363 | 0.361 | 0.364 | 0.363 | 0.363 | 0.363 | 0.362 | 0.363 | 0.362 | 0.363 | 0.364 |
| L2 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 | 0.363 | 0.364 | 0.362 | 0.363 | 0.363 | 0.363 | 0.363 | 0.364 | 0.363 | 0.364 | 0.364 | 0.363 | 0.363 | 0.363 | 0.364 | 0.364 |
| L3 | 0.363 | 0.363 | 0.363 | 0.363 | 0.363 | 0.362 | 0.358 | 0.362 | 0.360 | 0.358 | 0.360 | 0.361 | 0.363 | 0.363 | 0.362 | 0.363 | 0.363 | 0.363 | 0.362 | 0.361 | 0.357 | 0.324 | 0.360 | 0.364 |
| L4 | 0.361 | 0.362 | 0.362 | 0.360 | 0.358 | 0.361 | 0.362 | 0.360 | 0.358 | 0.360 | 0.362 | 0.361 | 0.362 | 0.360 | 0.358 | 0.360 | 0.358 | 0.361 | 0.355 | 0.338 | 0.334 | 0.340 | 0.361 | 0.364 |
| L5 | 0.362 | 0.350 | 0.363 | 0.364 | 0.362 | 0.359 | 0.363 | 0.300 | 0.308 | 0.361 | 0.366 | 0.362 | 0.362 | 0.361 | 0.359 | 0.363 | 0.359 | 0.360 | 0.363 | 0.357 | 0.343 | 0.363 | 0.365 | 0.366 |
| L6 | 0.362 | 0.361 | 0.358 | 0.360 | 0.362 | 0.359 | 0.355 | 0.308 | 0.278 | 0.359 | 0.364 | 0.362 | 0.360 | 0.355 | 0.355 | 0.353 | 0.362 | 0.358 | 0.355 | 0.323 | 0.314 | 0.359 | 0.358 | 0.363 |
| L7 | 0.361 | 0.361 | 0.362 | 0.359 | 0.357 | 0.362 | 0.358 | 0.358 | 0.355 | 0.327 | 0.330 | 0.322 | 0.330 | 0.347 | 0.350 | 0.354 | 0.363 | 0.362 | 0.338 | 0.311 | 0.303 | 0.360 | 0.351 | 0.361 |
| L8 | 0.361 | 0.362 | 0.361 | 0.360 | 0.361 | 0.361 | 0.342 | 0.359 | 0.354 | 0.348 | 0.360 | 0.357 | 0.347 | 0.352 | 0.341 | 0.355 | 0.354 | 0.348 | 0.345 | 0.359 | 0.356 | 0.359 | 0.361 | 0.350 |
| L9 | 0.362 | 0.362 | 0.362 | 0.361 | 0.362 | 0.362 | 0.361 | 0.358 | 0.356 | 0.344 | 0.357 | 0.362 | 0.359 | 0.357 | 0.352 | 0.360 | 0.358 | 0.329 | 0.351 | 0.360 | 0.305 | 0.355 | 0.361 | 0.343 |
| L10 | 0.365 | 0.365 | 0.364 | 0.367 | 0.366 | 0.366 | 0.363 | 0.358 | 0.358 | 0.358 | 0.331 | 0.337 | 0.362 | 0.356 | 0.357 | 0.360 | 0.360 | 0.359 | 0.358 | 0.362 | 0.362 | 0.360 | 0.358 | 0.332 |
| L11 | 0.361 | 0.362 | 0.362 | 0.361 | 0.363 | 0.364 | 0.366 | 0.356 | 0.358 | 0.352 | 0.304 | 0.357 | 0.359 | 0.356 | 0.360 | 0.350 | 0.321 | 0.316 | 0.336 | 0.362 | 0.360 | 0.360 | 0.361 | 0.359 |
| L12 | 0.360 | 0.362 | 0.361 | 0.360 | 0.361 | 0.361 | 0.361 | 0.358 | 0.353 | 0.355 | 0.344 | 0.238 | 0.247 | 0.323 | 0.306 | 0.271 | 0.270 | 0.245 | 0.285 | 0.285 | 0.358 | 0.358 | 0.355 | 0.360 |
| L13 | 0.362 | 0.362 | 0.361 | 0.361 | 0.361 | 0.362 | 0.360 | 0.357 | 0.352 | 0.258 | 0.252 | 0.255 | 0.281 | 0.357 | 0.291 | 0.237 | 0.274 | 0.282 | 0.271 | 0.263 | 0.291 | 0.251 | 0.300 | 0.360 |
| L14 | 0.362 | 0.363 | 0.362 | 0.361 | 0.362 | 0.362 | 0.298 | 0.286 | 0.355 | 0.226 | 0.263 | 0.215 | 0.217 | 0.260 | 0.313 | 0.215 | 0.238 | 0.211 | 0.214 | 0.258 | 0.289 | 0.276 | 0.272 | 0.362 |
| L15 | 0.362 | 0.363 | 0.362 | 0.362 | 0.363 | 0.353 | 0.311 | 0.275 | 0.257 | 0.242 | 0.247 | 0.252 | 0.237 | 0.267 | 0.362 | 0.344 | 0.262 | 0.274 | 0.289 | 0.269 | 0.298 | 0.316 | 0.317 | 0.362 |
| L16 | 0.362 | 0.362 | 0.349 | 0.362 | 0.333 | 0.286 | 0.272 | 0.296 | 0.255 | 0.276 | 0.256 | 0.258 | 0.298 | 0.361 | 0.362 | 0.361 | 0.363 | 0.282 | 0.284 | 0.357 | 0.362 | 0.361 | 0.362 | 0.362 |
| L17 | 0.360 | 0.352 | 0.260 | 0.264 | 0.267 | 0.266 | 0.251 | 0.278 | 0.266 | 0.270 | 0.255 | 0.290 | 0.362 | 0.364 | 0.362 | 0.363 | 0.362 | 0.361 | 0.361 | 0.361 | 0.363 | 0.362 | 0.363 | 0.361 |
| L18 | 0.360 | 0.350 | 0.252 | 0.250 | 0.258 | 0.264 | 0.255 | 0.285 | 0.258 | 0.268 | 0.271 | 0.361 | 0.363 | 0.362 | 0.362 | 0.363 | 0.363 | 0.363 | 0.362 | 0.363 | 0.362 | 0.361 | 0.362 | 0.363 |
| L19 | 0.360 | 0.347 | 0.312 | 0.233 | 0.256 | 0.264 | 0.261 | 0.269 | 0.281 | 0.269 | 0.360 | 0.363 | 0.362 | 0.363 | 0.362 | 0.364 | 0.363 | 0.363 | 0.363 | 0.363 | 0.362 | 0.363 | 0.362 | 0.362 |
| L20 | 0.363 | 0.361 | 0.362 | 0.361 | 0.362 | 0.362 | 0.363 | 0.363 | 0.362 | 0.364 | 0.364 | 0.364 | 0.363 | 0.363 | 0.363 | 0.364 | 0.363 | 0.363 | 0.363 | 0.363 | 0.363 | 0.364 | 0.364 | 0.364 |
| L21 | 0.363 | 0.362 | 0.363 | 0.362 | 0.362 | 0.362 | 0.363 | 0.363 | 0.362 | 0.365 | 0.363 | 0.364 | 0.363 | 0.363 | 0.363 | 0.363 | 0.363 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 | 0.364 |
| L22 | 0.360 | 0.361 | 0.362 | 0.363 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.362 | 0.361 | 0.362 | 0.365 | 0.363 | 0.362 | 0.362 | 0.362 | 0.362 | 0.363 | 0.362 | 0.362 |

Figure 37.      Results of the UT measurements performed on 1" × 1" grid near Feature 2 (Coupon 2).

DNV GL – OAPUS309DNOR (PP136049)                                                                          63
September 18, 2015

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



(a)



(b)

Figure 38.    Photographs showing the a) clockwise and b) counterclockwise fractures surfaces following cleaning with a degreaser and acetone and/or methanol. Tape measure indicates distance to U/S GW.

DNV GL – OAPUS309DNOR (PP136049)
September 18, 2015

64

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15): Mechanical and Metallurgical Testing



Figure 39.   Stereo light photomicrographs of representative locations along the clockwise fracture surface following cleaning with a), b), c) a degreaser and acetone and/or methanol and d), e) an inhibited HCl acid and ENPREP®. Photomicrographs b) and d) are from the same location. Tape measure indicates distance to U/S GW.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 40.    SEM image showing the fracture surface at the location identified in Figure 39e.



Figure 41.    SEM image showing the transition between Region 1 and Region 2.  Area indicated in Figure 40.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 42.    SEM image showing the ductile fracture morphology of Region 1.   Area indicated in Figure 41



Figure 43.    SEM image showing a nondescript/corroded morphology of Region 2.   Area indicated in Figure 41

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 44.    SEM image showing the fracture surface at the location identified in Figure 39c.



Figure 45.    SEM image showing a representative ductile fracture morphology for Region 1.  Area indicated in Figure 44.

Contains Confidential Information Provided By Plains All American Pipeline LP



Figure 46.    Photograph of the clockwise fracture surface showing thickness measurements of the Region 1 along the fracture surface at 5 mm intervals. Scale in mm.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 47.     Fracture/Corrosion profile based on three measurement techniques.

Contains Confidential Information Provided By Plains All American Pipeline LP

DNV GL  –  OAPUS309DNOR (PP136049)
September 18, 2015

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 48.    Photograph of the mounted transverse cross-section, Mount 195367-1b removed from the suspected failure origin; Feature 4. Mount location indicated in Figure 39.



Figure 49.    Photomicrograph showing the suspected failure origin in cross-section; Feature 4.  Area indicated in Figure 48. (Mount 195367-1b; 4% Nital Etch)

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 50.     Photomicrograph showing the negligible grain elongation and plasticity along the CW fracture surface.  Area indicated in Figure 49.  (Mount 195367-1b; 4% Nital Etch)



Figure 51.     Photomicrograph showing the grain elongation and plasticity along the CCW fracture surface.  Area indicated in Figure 49. (Mount 195367-1b; 4% Nital Etch)

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 52.     Photomicrograph showing corrosion products near the CCW fracture surface. Area indicated in Figure 48.  (Mount 195367-1b; 4% Nital Etch)



Figure 53.     Photomicrograph showing corrosion products with some undercutting near the CCW fracture surface.  Area indicated in Figure 49.  (Mount 195367-1b; 4% Nital Etch)

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 54.    Photomicrograph showing base metal microstructure of Mount 195367-1b; 4% Nital Etch)



Figure 55.    Photograph of the mounted cross-section of corrosion products, Mount 195331-1 removed from Feature 4.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 56.    Photomicrographs of the mounted cross-section, Mount 195331-1, from corrosion products removed from Feature 4; location identified in Figure 55.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 57.      Photograph of the transverse mounted cross-section, Mount 195370-1 removed from Feature 1. Mount location indicated in Figure 22.



Figure 58.      Photomicrograph of the mounted cross-section, Mount 195370-1 removed from Feature 1 showing the corrosion morphology at the external surface; mirror image of location indicated in Figure 57.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 59.    Photograph of the mounted cross-section of corrosion products, Mount 195322-1, removed from Feature 1.



Figure 60.    Photomicrographs of the mounted cross-section, Mount 195322-1, from the corrosion product removed from Feature 1; location indicated in Figure 59.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 61.     Photograph of the mounted cross-section, Mount 195365-1, removed from across the longitudinal seam weld. Location indicated in Figure 4.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 62.    XRD spectrum acquired from the corrosion products collected from Feature 1, identifying Goethite and Magnetite as the compounds.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 63.    XRD spectrum acquired from the corrosion products collected from Feature 2, identifying Goethite and Magnetite as the compounds.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing





```
Norm. mass percent (%)

Spectrum       C      O     Si    Cl    Mn      Fe     Cu
-------------------------------------------------------
# 1          0.00  33.52  0.19  0.19  0.79  56.87  8.44
# 2          0.00  35.78  0.40  0.06  0.80  62.46  0.49
# 3          0.00  29.24  0.41  0.07  0.68  69.60     -
# 4          0.00  37.97  0.26  0.15  0.73  60.71  0.18
-------------------------------------------------------
Mean value:  0.00  34.13  0.32  0.12  0.75  62.41  3.04
Sigma:       0.00   3.73  0.11  0.06  0.06   5.33  4.68
Sigma mean:  0.00   1.87  0.05  0.03  0.03   2.67  2.34
```

Figure 64.    EDS data collected from Mount 195370-1, mirror image of area indicated in Figure 58.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing





Norm. mass percent (%)

| Spectrum | O | Mg | Si | S | Mn | Fe |
|---|---|---|---|---|---|---|
| 195331-area 2_1kx# 1 | 27.85 | – | 0.21 | – | 0.59 | 71.35 |
| 195331-area 2_1kx# 2 | 29.45 | – | 0.20 | – | 0.93 | 69.41 |
| 195331-area 2_1kx# 3 | 37.83 | 0.48 | 0.22 | 0.18 | 0.98 | 60.30 |
| Mean value: | 31.71 | 0.48 | 0.21 | 0.18 | 0.83 | 67.02 |
| Sigma: | 5.36 | 0.00 | 0.01 | 0.00 | 0.21 | 5.90 |
| Sigma mean: | 3.09 | 0.00 | 0.01 | 0.00 | 0.12 | 3.41 |

Figure 65.    EDS data collected from Mount 195331-1, area indicated in Figure 56.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 66.     EDS line scan collected from Mount 195331-1, area indicated in Figure 56.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 67.     Photograph showing the soil samples collected from below the pipe, 8 feet U/S of GW 5930.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 68.     Percent shear from Charpy V-notch tests as a function of temperature for transverse base metal specimens removed from the failure joint (Joint 5930).



Figure 69.     Charpy V-notch impact energy as a function of temperature for transverse base metal specimens removed from the failure joint (Joint 5930).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 70.    Percent shear from Charpy V-notch tests as a function of temperature for transverse base metal specimens removed from U/S joint (Joint 5920).



Figure 71.    Charpy V-notch impact energy as a function of temperature for transverse base metal specimens removed from the U/S joint (Joint 5920).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 72.    Percent shear from Charpy V-notch tests as a function of temperature for transverse base metal specimens removed from D/S joint (Joint 5940).



Figure 73.    Charpy V-notch impact energy as a function of temperature for transverse base metal specimens removed from the D/S joint (Joint 5940).

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing



Figure 74.     Color profile showing the results of average thickness measurements performed on the laser scan dataset following discretizing the data into ½-inch cells.  The resulting profile is highlighted in blue and plotted in Figure 47.

Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

# APPENDIX A

# CorLAS™

DNV GL  –  OAPUS309DNOR (PP136049)
September 18, 2015
Contains Confidential Information Provided By Plains All American Pipeline LP

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

## Appendix A

## Description of CorLAS™

The CorLAS™ computer program was developed by Det Norske Veritas (U.S.A.), Inc. (formerly CC Technologies) to evaluate crack-like flaws in pipelines based on inelastic fracture mechanics.  Using the effective area of the actual, measured crack length-depth profile, an equivalent semi-elliptical surface flaw is modeled and used to compute the effective stress and the applied value of J for internal pressure loading.  The effective stress and applied J are then compared with the flow strength ($\sigma_{fs}$) and fracture toughness ($J_C$), respectively, to predict the failure pressure.

The program also contains a similar inelastic fracture mechanics analysis for through-wall flaws.  The fracture toughness of the steel can be estimated from Charpy data or measured by means of a $J_{IC}$ test.  In the most recent version of CorLAS™, the fracture toughness analysis automatically checks for plastic instability and only the fracture toughness curve needs to be considered for crack-like flaws.  The actual tensile and Charpy properties of the pipe joint, measured from the samples removed, can be used for the critical leak/rupture length calculation.

Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

## Case 1: Fracture Surface Measurements & Laser Scan Data

| Plains Line 901 | Semi-Elliptical Flaw Profile | |
|---|---|---|
| | API X65 - Joint 5930 | |
| | Maximum Operating Pressure (psig) | 1341 |
| | UTS (psi) | 84000 |
| | YS (psi) | 64800 |
| | FS (psi) | 74800 |
| | E (ksi) | 29500 |
| | nexp | 0.098 |
| | Jc (lb/in) | 12097 |
| | Thin-wall (OD) formula for hoop stress | |
| | Tmat | 208.9 |
| | OD (in.) | 24 |
| | Wall Thickness (in.) | 0.359 |
| | | |
| Summary of Results for Effective Area Method | | |
| | Flaw: Start (in.) | 0.13 |
| | Length (in.) | 5.9 |
| | Area (in.^2) | 1.889 |
| | Depth (in.) Maximum | 0.356 |
| | Equivalent Flaw | 0.408 |
| | For Design Factor | 0.72 |
| | Design Pressure (psig) | 1395.79 |
| | Failure Stress (psi) | 15523 |
| | Failure Pressure (psig) | 464.41 |
| | For Design Factor | 0.72 |
| | Maximum Safe Pressure (psig) | 334.38 |
| | | |
| Summary of Results for 0.85dL Eff. Area Method | | |
| | Failure Stress (psi) | 16205 |
| | Failure Pressure (psig) | 484.79 |
| | For Design Factor | 0.72 |
| | Maximum Safe Pressure (psig) | 349.05 |



Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

### Case 2:  Laser Scan Data - Offset from Fracture Surface

| Plains Line 901 | Semi-Elliptical Flaw Profile | |
|---|---|---|
| | API X65 - Joint 5930 | |
| | Maximum Operating Pressure (psig) | 1341 |
| | UTS (psi) | 84000 |
| | YS (psi) | 64800 |
| | FS (psi) | 74800 |
| | E (ksi) | 29500 |
| | nexp | 0.098 |
| | Jc (lb/in) | 12097 |
| | Thin-wall (OD) formula for hoop stress | |
| | Tmat | 208.9 |
| | OD (in.) | 24 |
| | Wall Thickness (in.) | 0.359 |
| | | |
| Summary of Results for Effective Area Method | | |
| | Flaw: Start (in.) | 4.076 |
| | Length (in.) | 7.2 |
| | Area (in.^2) | 2.026 |
| | Depth (in.) Maximum | 0.318 |
| | Equivalent Flaw | 0.358 |
| | For Design Factor | 0.72 |
| | Design Pressure (psig) | 1395.79 |
| | Failure Stress (psi) | 25388 |
| | Failure Pressure (psig) | 759.53 |
| | For Design Factor | 0.72 |
| | Maximum Safe Pressure (psig) | 546.86 |
| | | |
| Summary of Results for 0.85dL Eff. Area Method | | |
| | Failure Stress (psi) | 23779 |
| | Failure Pressure (psig) | 711.39 |
| | For Design Factor | 0.72 |
| | Maximum Safe Pressure (psig) | 512.2 |



Plains All American Pipeline, L.P.
Line 901 Release (05-19-15):  Mechanical and Metallurgical Testing

### Case 3:  Laser Scan Data - ½-Inch Grid (Average)

| Plains Line 901 | Semi-Elliptical Flaw Profile | |
| --- | --- | --- |
| | API X65 - Joint 5930 | |
| | Maximum Operating Pressure (psig) | 1341 |
| | UTS (psi) | 84000 |
| | YS (psi) | 64800 |
| | FS (psi) | 74800 |
| | E (ksi) | 29500 |
| | nexp | 0.098 |
| | Jc (lb/in) | 12097 |
| | Thin-wall (OD) formula for hoop stress | |
| | Tmat | 208.9 |
| | OD (in.) | 24 |
| | Wall Thickness (in.) | 0.359 |
| | | |
| Summary of Results for Effective Area Method | | |
| | Flaw: Start (in.) | 6 |
| | Length (in.) | 7.5 |
| | Area (in.^2) | 2.095 |
| | Depth (in.) Maximum | 0.309 |
| | Equivalent Flaw | 0.356 |
| | For Design Factor | 0.72 |
| | Design Pressure (psig) | 1395.79 |
| | Failure Stress (psi) | 25516 |
| | Failure Pressure (psig) | 763.35 |
| | For Design Factor | 0.72 |
| | Maximum Safe Pressure (psig) | 549.61 |
| | | |
| Summary of Results for 0.85dL Eff. Area Method | | |
| | Failure Stress (psi) | 23715 |
| | Failure Pressure (psig) | 709.46 |
| | For Design Factor | 0.72 |
| | Maximum Safe Pressure (psig) | 510.81 |



## ABOUT DNV GL

Driven by our purpose of safeguarding life, property, and the environment, DNV GL enables organizations to advance the safety and sustainability of their business.  We provide classification and technical assurance along with software and independent expert advisory services to the maritime, oil and gas, and energy industries.  We also provide certification services to customers across a wide range of industries.  Operating in more than 100 countries, our 16,000 professionals are dedicated to helping our customers make the world safer, smarter, and greener.

## PROOF OF SERVICE

I, Josie Cisneros, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071.

On July 7, 2025, I served the document(s) described as **DECLARATION OF MICHAEL J. ROSENFELD IN SUPPORT OF REAL PARTIES IN INTEREST SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTON (VOL. 3 OF 4)** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: *See* Attached Service List.

☒    BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT:   On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☒    [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2025, at Los Angeles, California.

*/s/Josie Cisneros*
_____

**SERVICE LIST**

Julie Teel Simmons, Esq.
David Pettit, Esq.
Talia Nimmer, Esq.
Center for Biological Diversity
2011 Franklin Street, Suite 375
Oakland, CA 94612

ATTORNEYS FOR PETITIONERS
CENTER FOR BIOLOGICAL DIVERSITY and
WISHTOYO FOUNDATION

Tel.:   (510) 844-7100
Fax:    (510) 844-7150
Email: jteelsimmonds@biologicaldiversity.org
dpettit@biologicaldiversity.org
tnimmer@biologicaldiversity.org

Linda Krop, Esq.
Jeremy M. Frankel, Esq.
Tara C. Regnifo, Esq.
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622; Fax: (805) 962-3152

ATTORNEYS FOR PETITIONERS
ENVIRONMENTAL DEFENSE CENTER, a
California non-profit corporation; GET OIL
OUT!, a California non-profit corporation;
SANTA BARBARA COUNTY ACTION
NETWORK, a California non-profit corporation;
SIERRA CLUB, a national non-profit
corporation; and SANTA BARBARA
CHANNELKEEPER, a California non-profit
corporation

Tel.:   (510) 844-7100
Fax:    (510) 844-7150
Email: lkrop@environmentaldefensecenter.org
jfrankel@environmentaldefensecenter.org
trengifo@environmentaldefensecenter.org

Michael S. Dorsi, Esq.
California Attorney General's Office
55 Golden Gate Ave, Ste 11000,
San Francisco, CA 94102

ATTORNEYS FOR RESPONDENTS/
DEFENDANTS
California Department of Forestry and Fire
Protection, Office of the State Fire Marshal;
Daniel Berlant, in his official capacity as State
Fire Marshal

Tel.:   (415) 510-3802
Email: Michael.dorsi@doj.ca.gov

Duncan Joseph Moore, Esq.
Benjamin J. Hanelin, Esq.
Natalie C. Rogers, Esq.
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Century City, California, 90067

ATTORNEYS FOR REAL PARTIES IN
INTEREST
Sable Offshore Corp.; Pacific Pipeline Company

Tel.:   (310) 620-5879
Email: djmoore@paulhastings.com
benjaminhanelin@paulhastings.com
natalierogers@paulhastings.com

Trevor D. Large, Esq.
FAUVER, LARGE, ARCHBALD & SPRAY
LLP
820 State Street, 4th Floor
Santa Barbara, CA 93101

ATTORNEYS FOR REAL PARTIES IN
INTEREST
Sable Offshore Corp.; Pacific Pipeline Company

Tel.:   (805) 966-7000
Email: TLarge@FLASllp.com