Andrew Klair (CA Bar 334960)
andrew.klair@hklaw.com
James W. Noe (*Admission Pending*)
jim.noe@hklaw.com
Rafe Petersen (*Admission Pending*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*Admission Pending*)
matt.leopold@hklaw.com
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, California 94105
Tel: (415) 743.6962

Nicholas McDaniel (*Admission Pending*)
nmcdaniel@babstcalland.com
**BABST CALLAND**
505 Ninth St., NW, Suite 602
Washington, D.C. 20004
Tel: (202) 853.3455

*Counsel for Real Parties in Interest*
*Sable Offshore Corp. and Pacific Pipeline*
*Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WISHTOYO FOUNDATION,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; OFFICE OF THE STATE FIRE MARSHAL; DANIEL BERLANT, in his official capacity as State Fire Marshal; and DOES 1 through 10; inclusive,<br><br>Respondents/Defendants. | Case No. 2:26-cv-05242<br><br>**SABLE OFFSHORE CORP.'S AND PACIFIC PIPELINE COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO C.D. CAL. L.R. 7.1-1** |

_____

SABLE OFFSHORE CORP., a Delaware Corporation, PACIFIC PIPELINE COMPANY, a Delaware Corporation, and DOES 11 through 20, inclusive,

Real Parties in Interest.

_____

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; GET OIL OUT!, a California non-profit corporation; SANTA BARBARA COUNTY ACTION NETWORK, a California non-profit corporation; SIERRA CLUB, a national non-profit corporation; and SANTA BARBARA CHANNELKEEPER, a California non-profit corporation,

Petitioners/Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, an agency of the State of California; OFFICE OF THE STATE FIRE MARSHAL, an agency of the State of California; DANIEL BERLANT, in his official capacity as State Fire Marshal; and DOES 1 to 10; inclusive,

Respondents/Defendants.

_____

SABLE OFFSHORE CORP., a Delaware Corporation, PACIFIC PIPELINE COMPANY, a Delaware Corporation, and DOES 11 through 20, inclusive,

Real Parties in Interest.

## <u>NOTICE OF INTERESTED PARTIES</u>

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Sable Offshore Corp. and Pacific Pipeline Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Sable Offshore Corp. is a publicly traded Delaware corporation, with no parent corporation and no publicly held corporation owning 10% or more of its stock.

Pacific Pipeline Company is a Delaware corporation that is 100% owned by Sable Offshore Corp.

Pacific Offshore Pipeline Company is a California corporation that is 100% owned by Sable Offshore Corp.

Sable Ocean America LLC is a Delaware limited liability company that is 100% owned by Sable Offshore Corp.

Exxon Mobil Corporation is Sable Offshore Corp.'s lender and has a reversionary interest in certain assets at issue.

Mobil Pacific Pipeline Company, as a seller, has a reversionary interest in certain assets at issue.

Dated:  May 14, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ *Andrew Klair[1]*
Andrew Klair (CA Bar 334960)
andrew.klair@hklaw.com
James W. Noe (*Admission Pending*)
jim.noe@hklaw.com

---

[1] Filer attests that all signatories concur in this filing's content and attests that all signatories concur in this filing's content and have authorized the filing.

Rafe Petersen (*Admission Pending*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*Admission Pending*)
matt.leopold@hklaw.com
560 Mission Street, Suite 1900
San Francisco, California 94105
Tel: (415) 743.6962

BABST CALLAND

*/s/ Nicholas McDaniel*
Nicholas McDaniel (Admission Pending)
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, D.C. 20004
Tel: (202) 853.3455

*Attorneys for Proposed Intervenors Sable Offshore Corp. and Pacific Pipeline Company*