Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
Robert N. Stander
Bradley Craigmyle
Justin D. Heminger
Deputy Assistant Attorneys General
Riley Walters
Counsel
Environment and Natural Resources Division
Stefan J. Bachman (SC Bar No. 102182)
Senior Attorney
Environmental Enforcement Section
**United States Department of Justice**
150 M Street, N.E., Room 2.900
Washington, D.C. 20002
Tel: (202) 598-9566
*Counsel for the United States of America*

[Additional counsel
listed following caption]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WISHTOYO FOUNDATION,<br><br>  Petitioners/Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; OFFICE OF THE STATE FIRE MARSHAL; DANIEL BERLANT, in his official capacity as State Fire Marshal; and DOES 1 through 10; inclusive,<br><br>  Respondents/Defendants. | Case No. _____<br><br>**UNITED STATES' AND REAL PARTIES IN INTEREST SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S PROOF OF SERVICE**<br><br>[U.S.C. §§ 1442(A)(1) AND 1446(B)(3)] |

1

SABLE OFFSHORE CORP., a Delaware Corporation, PACIFIC PIPELINE COMPANY, a Delaware Corporation, and DOES 11 through 20, inclusive,

           Real Parties in Interest.

_____

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; GET OIL OUT!, a California non-profit corporation; SANTA BARBARA COUNTY ACTION NETWORK, a California non-profit corporation; SIERRA CLUB, a national non-profit corporation; and SANTA BARBARA CHANNELKEEPER, a California non-profit corporation,

           Petitioners/Plaintiffs,

           v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, an agency of the State of California; OFFICE OF THE STATE FIRE MARSHAL, an agency of the State of California; DANIEL BERLANT, in his official capacity as State Fire Marshal; and DOES 1 to 10; inclusive,

           Respondents/Defendants.

_____

SABLE OFFSHORE CORP., a Delaware Corporation, PACIFIC PIPELINE COMPANY, a Delaware Corporation, and DOES 11 through 20, inclusive,

           Real Parties in Interest.

2

Andrew Klair (CA Bar 334960)
andrew.klair@hklaw.com
James W. Noe (*Admission Pending*)
jim.noe@hklaw.com
Rafe Petersen (*Admission Pending*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*Admission Pending*)
matt.leopold@hklaw.com
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, California 94105
Tel: (415) 743.6962
*Counsel for Real Parties in Interest*
*Sable Offshore Corp. and Pacific Pipeline*
*Company*

3

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action; that my business address is 560 Mission Street, Suite 1900, San Francisco, CA 94105. On May 14, 2026, the following document(s) were served:

- **NOTICE OF REMOVAL; CIVIL CASE COVERSHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF RELATED CASES**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Julie Teel Simmonds, Esq.<br>David Pettit, Esq.<br>Talia Nimmer, Esq.<br>CENTER FOR BIOLOGICAL DIVERSITY<br>2011 Franklin Street, Suite 375<br>Oakland, CA 94612<br>jteelsimmonds@biologicaldiversity.org<br>dpettit@biologicaldiversity.org<br>tnimmer@biologicaldiversity.org<br><br>Attorneys for Petitioners: *Center for Biological Diversity and Wishtoyo Foundation* | Linda Krop, Esq.<br>Jeremy M. Frankel, Esq.<br>Tara C. Rengifo, Esq.<br>ENVIRONMENTAL DEFENSE CENTER<br>906 Garden Street<br>Santa Barbara, CA 93101<br>lkrop@environmentaldefensecenter.org<br>jfrankel@environmentaldefensecenter.org<br>trengifo@environmentaldefensecenter.org<br><br>Attorneys for Petitioners: *Environmental Defense Center, a California non-profit corporation; Get Oil Out!, a California non-profit corporation, Santa Barbara County Action Network, a California nonprofit corporation, Sierra Club, a national non-profit corporation, and Santa Barbara Channelkeeper, a California non-profit corporation* |
| Michael S. Dorsi, Esq.<br>CALIFORNIA ATTORNEY GENERAL'S OFFICE<br>55 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102<br>Michael.dorsi@doj.ca.gov<br><br>Attorneys for Defendants: *California Department of Forestry and Fire Protection, Office of the State Fire Marshal, Daniel Berlant (in his official capacity as State Fire Marshal)* | |

☒ **(BY UNITED STATES MAIL)** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: +1.415.743.6900
Fax: +1.415.743.6910

#538083213_v1

3

PROOF OF SERVICE

postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

☒ **(BY ELECTRONIC MAIL)** I caused a true and correct scanned image (.PDF file) copy to be transmitted via the electronic mail transfer system in place at Holland & Knight, LLP, originating from the undersigned at 560 Mission Street, Suite 1900, San Francisco, CA 94105, to the address(es) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed May 14, 2026, at New York, New York.



_____
Reena Kaur

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: +1.415.743.6900
Fax: +1.415.743.6910

#538083213_v1

4

PROOF OF SERVICE