Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
Robert N. Stander
Bradley Craigmyle
Justin D. Heminger
Deputy Assistant Attorneys General
Riley Walters
Counsel
Environment and Natural Resources Division
Stefan J. Bachman (SC Bar No. 102182)
Senior Attorney
Environmental Enforcement Section
**United States Department of Justice**
150 M Street, N.E., Room 2.900
Washington, D.C. 20002
Tel: (202) 598-9566
*Counsel for the United States of America*

[Additional counsel
listed following caption]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and WISHTOYO FOUNDATION,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; OFFICE OF THE STATE FIRE MARSHAL; DANIEL BERLANT, in his official capacity as State Fire Marshal; and DOES 1 through 10; inclusive,<br><br>Respondents/Defendants. | Case No. 2:26-CV-5200<br><br>**UNITED STATES' AND REAL PARTIES IN INTEREST SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3**<br><br>Removed from Santa Barbara County Superior Court on May 14, 2026<br>Case No. 25CV2244<br><br>Complaint Filed: April 15, 2025 |

1

_____

SABLE OFFSHORE CORP., a Delaware Corporation, PACIFIC PIPELINE COMPANY, a Delaware Corporation, and DOES 11 through 20, inclusive,

Real Parties in Interest.

_____

ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation; GET OIL OUT!, a California non-profit corporation; SANTA BARBARA COUNTY ACTION NETWORK, a California non-profit corporation; SIERRA CLUB, a national non-profit corporation; and SANTA BARBARA CHANNELKEEPER, a California non-profit corporation,

Petitioners/Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, an agency of the State of California; OFFICE OF THE STATE FIRE MARSHAL, an agency of the State of California; DANIEL BERLANT, in his official capacity as State Fire Marshal; and DOES 1 to 10; inclusive,

Respondents/Defendants.

_____

SABLE OFFSHORE CORP., a Delaware Corporation, PACIFIC PIPELINE COMPANY, a Delaware Corporation, and DOES 11 through 20, inclusive,

Real Parties in Interest.

2

Andrew Klair (CA Bar 334960)
andrew.klair@hklaw.com
James W. Noe (*Admission Pending*)
jim.noe@hklaw.com
Rafe Petersen (*Admission Pending*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*Admission Pending*)
matt.leopold@hklaw.com
**HOLLAND & KNIGHT LLP**
560 Mission Street, Suite 1900
San Francisco, California 94105
Tel: (415) 743.6962
*Counsel for Real Parties in Interest*
*Sable Offshore Corp. and Pacific Pipeline*
*Company*

In compliance with Local Rule 83-1.3, the United States of America and Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company ("Sable") file this Notice of Related Cases to inform the Court of four actions in this Court that present similar questions of law and fact to the above-captioned matter:

1. *United States & People of the State of California v. Plains All American Pipeline, L.P. et al.*, Case No. 20-cv-02415-SVW-SSC (C.D. Cal.) (United States and California's civil enforcement case resolved by consent decree)

2. *California v. Wright*, Case No. 26-cv-3396-SVW-SSC (C.D. Cal.) (California's challenge to the Defense Product Act order);

3. *Sable Offshore Corp. et al. v. Quintero*, Case No. 26-cv-02739-SVW-SSC (C.D. Cal.) (Sable's declaratory judgment action against California); and

4. *California Department of Parks and Recreation v. Sable Offshore Corp. et al.*, Case No. 26-cv-02946-SVW-SSC (C.D. Cal.) (California's state court trespass action removed to federal court).

Local Rule 83-1.3 provides that a notice shall be filed and served on all parties when two or more civil cases filed in the Central District of California appear to: "(a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." (L.R. 83-1.3.1.)

There is substantial overlap in the issues presented in the four above cases and this instant action, which warrants this Notice of Related Cases.

Case No. 20-cv-02415-SVW-SSC asks the Court to decide whether a 2015 consent decree among the United States, Plains Pipeline L.P., and the State of California affecting segments of the SYPS should be terminated or modified in

light of changed circumstances not anticipated by the parties when the Court entered the decree.

In Case No. 26-cv-3396-SVW-SSC, California challenges a Defense Production Act order ("DPA Order") issued by the Secretary of Energy directing Sable to immediately transport hydrocarbons through the Santa Ynez Pipeline System ("SYPS").

Case Nos. 26-cv-02739-SVW-SSC and 26-cv-02946-SVW-SSC concern Sable's movement of hydrocarbons through a segment of the SYPS that crosses Gaviota State Park in response to the DPA order. The State of California contends this is a trespass, and Sable alleges that federal law bars any action by California that would prevent Sable from complying with the terms of the DPA Order.

This action concerns whether Sable should be bound by an injunction issued by a state court that conflicts with the DPA Order. On April 17, 2026, the state court declined to dissolve its injunction, purporting to enforce the consent decree as controlling over the DPA Order.

Judge Wilson is presiding over each of the four cases listed and described above. Given the significant overlap and the similarity of parties, there will be substantial duplication of labor if this case is heard by a different judge. Assignment of this case to Judge Wilson will conserve judicial resources and minimize the risk of inconsistent rulings. Accordingly, the United States and Sable respectfully submit that the above-captioned case be deemed related to these other matters pursuant to Local Rule 83-1.3.1 and transferred to the Honorable Judge Wilson.

DATED: May 14, 2026

Respectfully submitted,

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
Robert N. Stander

5

Bradley Craigmyle
Justin D. Heminger
Deputy Assistant Attorneys General
Riley Walters
Counsel
Environment and Natural Resources Division
United States Department of Justice


/s/ *Stefan J. Bachman*
Stefan J. Bachman (SC Bar No. 102182)
Email: stefan.bachman@usdoj.gov
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
150 M Street, NE, Room 2.900
Washington, DC 20002
(202) 598-9566


/s/ *Andrew Klair*[1]
Andrew Klair (CA Bar 334960)
andrew.klair@hklaw.com
James W. Noe (*Admission Pending*)
jim.noe@hklaw.com
Rafe Petersen (*Admission Pending*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*Admission Pending*)
matt.leopold@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, California 94105
Tel: (415) 743.6962

---

[1] Filer attests that all signatories concur in this filing's content and have authorized the filing.