ROB BONTA
Attorney General of California
MYUNG J. PARK
SUPERVISING DEPUTY ATTORNEY GENERAL
MICHAEL S. DORSI (CA BAR NUMBER: 281865)
DEPUTY ATTORNEY GENERAL
 455 Golden Gate Avenue, Suite 11000
 San Francisco, California 94102
 P.O. Box 85266
 Tel: (415) 510-4400
 Fax:  (619) 645-2581
 E-mail: Michael.Dorsi@doj.ca.gov

*Counsel for Respondents and Defendants
California Department of Forestry and Fire
Protection's Office of State Fire Marshal, et al.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:26-cv-05242 |
| Petitioners and Plaintiffs, | **STATEMENT OF RESPONDENTS CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, ET AL. RE: EXPEDITED CONSIDERATION OF REMOVAL** |
| v. | |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | |
| Respondents and Defendants, | |
| SABLE OFFSHORE CORP., et al., | |
| Real Parties in Interest. | |
| ENVIRONMENTAL DEFENSE CENTER, et al., | Date: May 18, 2026 |
| Petitioners and Plaintiffs, | Dept. TBD |
| | Time: TBD |
| v. | Judge: TBD |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | Action Filed: April 15, 2025 |
| | Action Removed: May 15, 2026 |
| Respondents and Defendants, | Trial Date: TBD |
| SABLE OFFSHORE CORP., et al., | |
| Real Parties in Interest | |

1

**STATEMENT**

Respondent California Department of Forestry and Fire Protection's Office of the State Fire Marshal, et al., (OSFM) has reviewed Petitioners Center for Biological Diversity, et al.'s (CBD) request that this Court remand the case on an expedited basis. ECF 44-45. While the grounds for expedited removal belong to CBD, OSFM agrees, unequivocally, that the Court should grant CBD's request.

OSFM has separately filed its Motion for Remand. That Motion contains OSFM's views on the substantive legal questions for remand. OSFM understands and accepts that expedited review would prevent OSFM from filing a reply brief. The arguments concerning timeliness are straight-forward: Sable and the U.S. took 62 days to remove when the removal statute allows only 30 days.

As to timing of remand, CBD has a strong basis for immediate remand. Among other grounds, this Court should consider that, during the hearing in the Superior Court on April 17, 2026, Sable requested that the next hearing in the Superior Court be continued from May 22 to June 18. Judge Geck considered this request and denied it. Declaration of Michael S. Dorsi in Support of Motion to Remand, Exh. 2 at 37:7-38:1. Failure to remand before May 22 would, in effect, contravene the considered decision of the Superior Court as to the timing of enforcement.

In preparing and filing a notice of removal one week before an important hearing, Sable and the U.S. knew or should have known that at least one party would seek expedited remand. As a result, they had more time to prepare their opposition to the motion for remand than CBD and OSFM had to prepare their moving papers. Accordingly, there is no prejudice to the U.S. or Sable if this Court proceeds expeditiously.

///

///

///

2

OSFM understands that the usual practice of this Court is to decide emergency applications on the papers. However, if this Court wishes to convene an emergency hearing by videoconference between now and 10:00 a.m. on Friday, May 22, 2026, counsel for OSFM will appear at any time set by the Court.

Dated:  May 18, 2026                        Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            MYUNG J. PARK
                                            Supervising Deputy Attorney General

                                            */s/ Michael S. Dorsi*
                                            MICHAEL DORSI
                                            Deputy Attorney General
                                            *Counsel for Plaintiffs California
                                            Department of Forestry and Fire
                                            Protection's Office of the State Fire
                                            Marshal, et al.*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for California Department of Forestry and Fire Protection's Office of the State Fire Marshal, certifies that this statement contains 335 words, which complies with the word limit of L.R. 11-6.1.


Dated:  May 18, 2026                    Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL DORSI
Deputy Attorney General
*Counsel for Plaintiffs California Department of Forestry and Fire Protection's Office of the State Fire Marshal, et al.*