LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152

*Attorneys for Environmental Defense Center,
Get Oil Out!, Santa Barbara County Action
Network, Sierra Club, and Santa Barbara
Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
DAVID PETTIT (Bar No. 67128)
dpettit@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100

*Attorneys for Center for Biological Diversity
and Wishtoyo Foundation*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>        *Petitioners/Plaintiffs,*<br><br>    v. | Case No.: 2:26-cv-05242<br><br>**NOTICE OF ERRATA RE EX PARTE APPLICATION TO REMAND TO STATE COURT** |

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.

*Respondents/Defendants*,

SABLE OFFSHORE CORP., a Delaware Corporation, et al.

*Real Parties in Interest*.

---

ENVIRONMENTAL DEFENSE CENTER, et al.

*Petitioners/Plaintiffs*,

v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.

*Respondents/Defendants*,

SABLE OFFSHORE CORP., et al.

*Real Parties in Interest*.

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that on May 18, 2026, Petitioners Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Santa Barbara Channelkeeper, Center for Biological Diversity, and Wishtoyo Foundation (collectively, "Petitioners") filed an ex parte application for immediate remand to state court at Docket No. 44, which inadvertently omitted the supporting declaration and proposed order.

Petitioners promptly refiled the ex parte application, supporting declaration, and proposed order at Docket Nos. 45, 45-1, and 45-2. Petitioners respectfully request that the Court consider Docket No. 45 as the complete and operative filing for their ex parte application.

Dated this 19th day of May, 2026.

Respectfully submitted,

*/s/ Linda Krop*
Linda Krop
Jeremy M. Frankel
ENVIRONMENTAL DEFENSE CENTER
*Counsel for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, Santa Barbara Channelkeeper and Surfrider Foundation*

*/s/ Julie Teel Simmonds*
Julie Teel Simmonds
David Pettit
Talia Nimmer
CENTER FOR BIOLOGICAL DIVERSITY
*Counsel for Center for Biological Diversity and Wishtoyo Foundation*

1