## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center For Biological Diversity et al | CASE NUMBER |
| | |
| v.        PLAINTIFF(S) | 2:26-cv-05242-JAK-AYPx |
| California Department of Forestry and Fire Protection et al | **ORDER RE TRANSFER**<br>**(RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| May 26, 2026 | _Stephen V. Wilson_ | Stephen V. Wilson |
|---|---|---|
| Date | United States District Judge | |

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:20-cv-02415-SVW-SSCx   and the present case:

☑ A.    Arise from the same or closely related transactions, happenings or events; or

☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ Anna Y. Park _____ to Magistrate Judge _____ Stephanie S. Christensen _____.

On all documents subsequently filed in this case, please substitute the initials ____ SVW-SSCx ____ after the case number in place of the initials of the prior judge, so that the case number will read ____ 2:26-cv-05242-SVW-SSCx ____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/23)            ORDER RE TRANSFER (Related Cases)