Name and address:

James W. Noe
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Center for Biological Diversity, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:26-cv-05242 |
| v. | |
| California Dept. of Forestry and Fire Prot., et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s), | |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $450 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Noe, James W.

*Applicant's Name (Last Name, First Name & Middle Initial)*          *check here if federal government attorney* ☐

Holland & Knight LLP

*Firm/Agency Name*

| 800 17th St NW | 202.469.5525 | 202.568.3843 |
|---|---|---|
| Suite 1100 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington D.C. 20006 | jim.noe@hklaw.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Sable Offshore Corp. | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ■ *Other:* Real Party in Intere |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Ninth Circuit Court of Appeals | 1/17/26 | Yes |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:26-cv-02739 | Sable Offshore Corp., et al v. Armando Quint | 3/27/26 | Granted |
| 2:26-cv-02946 | Cal. Dep't of Parks & Rec. v. Sable Offshore | 3/27/26 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5/26/26

James W. Noe

*Applicant's Name (please type or print)*

*/s/ James W. Noe*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Watson, Zachary J.

*Designee's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP

*Firm/Agency Name*

4675 MacArthur Ct.

Suite 900

*Street Address*

Newport Beach, CA 92660

*City, State, Zip Code*

949.517.1451

*Telephone Number*

949.833.8540

*Fax Number*

zachary.watson@hklaw.com

*Email Address*

348018

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 5/26/26

Zachary J. Watson

*Designee's Name (please type or print)*

/s Zachary J. Watson

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Other Courts Admissions:
- District of Columbia - March 27, 2023
- Louisiana - October 10, 1997
- Texas - September 18, 2003
- U.S. Supreme Court
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the Eastern District of Louisiana
- U.S. District Court for the Middle District of Louisiana
- U.S. District Court for the Western District of Louisiana
- U.S. District Court for the Southern District of Texas

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 26, 2026

Re: James William Noe, State Bar Number 24040178

To Whom It May Concern:

This is to certify that James William Noe was licensed to practice law in Texas on September 18, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Mr. James William Noe
_____

1717 Bayram Dr
whose address is_____

Houston, TX  77055
_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

10th                         October                    1997
_____day of _____,_____.

26th
Given over my hand and the Seal of the Louisiana State Bar Association, this_____

May                         2026
day of_____,_____.

_____
Executive Director
Louisiana State Bar Association



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *James William Noe*

*was duly qualified and admitted on March 27, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 26, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*