HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (*pro hac vice* pending)
jim.noe@hklaw.com
Rafe Petersen (*pro hac vice*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*pro hac vice* pending)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

*Attorneys for Real Parties in Interest Sable
Offshore Corp. and Pacific Pipeline Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>        Petitioners/Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,<br><br>        Respondents/Defendants. | Case No. 2:26-cv-05242-SVW-SSCx<br><br>**STIPULATION FOR BRIEFING STATE'S MOTION TO REMAND ECF NO. 46, SET FOR HEARING JUNE 8, 2026** |

SABLE OFFSHORE CORP., et al.,

      Real Parties in Interest.

ENVIRONMENTAL DEFENSE CENTER, et al.,

      Petitioners/Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,

      Respondents/Defendants.

SABLE OFFSHORE CORP., et al.,

      Real Parties in Interest.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants California Department of Forestry and Fire Protection et al. ("Defendants"), Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company ("Sable"), and the United States of America ("United States"), by and through their respective counsel of record, enter into the following Stipulation to set a briefing schedule for Defendants' Motion to Remand, ECF 46.

WHEREAS, Sable and the United States removed this case to federal court on May 14, 2026;

WHEREAS, Defendants filed the Motion to Remand on May 18, 2026, but did not at that time set a hearing date on the motion, as the case had not yet been assigned to a judicial officer;

WHEREAS, on May 28, 2026, the Court set Defendants' Motion to Remand for hearing at 1:30 p.m. on June 8, 2026; and

WHEREAS, neither Sable nor the United States had filed an opposition to the Motion to Remand as of May 28, 2026, as their time to do so had not yet begun to run pursuant to Local Rule 7-9; and

WHEREAS, the hearing date set by the Court does not permit full briefing on the Motion to Remand consistent with the timetables contemplated under Local Rules 7-9 and 7-10; and

WHEREAS, the above Parties have met and conferred and agreed to a briefing schedule that will enable the Motion to Remand to be heard on the Court-noticed date of June 8, 2026.

**IT IS THEREFORE STIPULATED** by and among the Parties, who jointly request that the Court issue an order requiring that:

1. Defendants shall file a statement supplementing their Motion to Remand with respect to the application of sovereign immunity in cases involving the United States by June 1, 2026.

2. Sable and the United States shall file their respective Oppositions to Defendants' Motion to Remand by June 3, 2026.

3. No written replies or further supplemental briefs shall be filed, unless requested by the Court.

May 29, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/*Jessica Stebbins Bina*[1]
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (*pro hac vice* pending)
jim.noe@hklaw.com
Rafe Petersen (*pro hac vice*)
rafe.petersen@hklaw.com
Matthew Z. Leopold (*pro hac vice* pending)
matt.leopold@hklaw.com

---

[1] Filer attests that all signatories concur in this filing's content and have authorized the filing.

800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Sable Offshore Corp.
and Pacific Pipeline Company*

UNITED STATES DEPARTMENT OF JUSTICE

By: ___/s/*Stefan J. Bachman*___
Stefan J. Bachman (DC Bar No. 90008649)
stefan.bachman@usdoj.gov
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
150 M Street, NE, Room 2.900
Washington, DC 20002
(202) 598-9566

*Counsel for the United States of America*

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION

By: __/s/*Michael S. Dorsi*___
Michael S. Dorsi (CA Bar No. 281865)
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
P.O. Box 85266
Tel: (415) 510-4400
Fax: (619) 645-2581
Michael.Dorsi@doj.ca.gov

*Attorneys for California Department of Forestry and Fire Protection, et al.*

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

3

NO. 2:26-cv-05242-SVW-SSCx
STIPULATION RE BRIEFING SCHEDULE