# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　Petitioners/Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,<br><br>　　　Respondents/Defendants.<br><br>―――――――――――――――<br><br>SABLE OFFSHORE CORP., et al.,<br><br>　　　Real Parties in Interest.<br><br>―――――――――――――――<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.,<br><br>　　　Petitioners/Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,<br><br>　　　Respondents/Defendants.<br><br>―――――――――――――――<br><br>SABLE OFFSHORE CORP., et al.,<br><br>　　　Real Parties in Interest. | Case No. 2:26-cv-05242-SVW-SSCx<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR BRIEFING STATE'S MOTION TO REMAND, ECF NO. 46, SET FOR HEARING JUNE 8, 2026 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:26-CV-02946-SVW-SSCx
~~[PROPOSED]~~ ORDER GRANTING
STIPULATION RE BRIEFING SCHEDULE

Having considered Defendants California Department of Forestry and Fire Protection et al. ("Defendants"), Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company ("Sable"), and the United States of America's Stipulation for Briefing State's Motion to Remand, ECF 46, the Stipulation is GRANTED.

**IT IS HEREBY ORDERED THAT:**

1. Defendants shall file a statement supplementing their Motion to Remand with respect to the application of sovereign immunity in cases involving the United States by June 1, 2026.

2. Sable and the United States shall file their respective Oppositions to Defendants' Motion to Remand by June 3, 2026.

3. Any reply by Defendants must be filed by June 5, 2026.

**IT IS SO ORDERED.**

Dated: June 1, 2026

_____
Hon. Stephen V. Wilson
United States District Judge

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:26-CV-02946-SVW-SSCx
[PROPOSED] ORDER GRANTING
STIPULATION RE BRIEFING SCHEDULE