# DENIED
# BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>        *Petitioners/Plaintiffs,*<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.<br><br>        *Respondents/Defendants,*<br><br>SABLE OFFSHORE CORP., a Delaware Corporation, et al.<br><br>        *Real Parties in Interest.* | Case No.: 2:26-cv-05242-SVW-SSC<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' REQUEST FOR OBSERVING COUNSEL JULIE TEEL SIMMONDS TO APPEAR REMOTELY**<br>Date: June 8, 2026<br>Dept: 10A<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Action Filed: April 15, 2025<br>Action Removed: May 15, 2026 Trial Date: TBD |

ENVIRONMENTAL DEFENSE CENTER, et al.

     *Petitioners/Plaintiffs*,

  v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.

     *Respondents/Defendants*,

SABLE OFFSHORE CORP., et al.

     *Real Parties in Interest*.

Having considered the Request to Appear Remotely filed by Petitioners Center for Biological Diversity and Wishtoyo Foundation, and good cause appearing, the Court hereby GRANTS the request.

IT IS HEREBY ORDERED that counsel for Petitioners Julie Teel Simmonds is permitted to appear remotely at the June 8, 2026, hearing before the Court on the pending motion to remand case and ex parte motion to remand case to observe the proceedings.

**IT IS SO ORDERED.**

Dated: June 2, 2026

DENIED

BY ORDER OF THE COURT

The Honorable Stephen V. Wilson

United States District Judge

1