ROB BONTA
Attorney General of California
MYUNG J. PARK
SUPERVISING DEPUTY ATTORNEY GENERAL
MICHAEL S. DORSI (CA BAR NUMBER: 281865)
DEPUTY ATTORNEY GENERAL
  455 Golden Gate Avenue, Suite 11000
  San Francisco, California 94102
  P.O. Box 85266
  Tel: (415) 510-4400
  Fax:  (619) 645-2581
  E-mail: Michael.Dorsi@doj.ca.gov

*Counsel for Respondents and Defendants
California Department of Forestry and Fire
Protection's Office of State Fire Marshal, et al.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:26-cv-05242 |
| Petitioners and Plaintiffs, | **RESPONDENTS CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, ET AL.'s REPLY IN SUPPORT OF REMAND** |
| v. | |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | |
| Respondents and Defendants, | |
| SABLE OFFSHORE CORP., et al., | Date: June 8, 2026 |
| Real Parties in Interest. | Dept. 10A |
| ENVIRONMENTAL DEFENSE CENTER, et al., | Time: 1:30 p.m. |
| Petitioners and Plaintiffs, | Judge: Hon. Stephen V. Wilson |
| v. | Action Filed: April 15, 2025 |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | Action Removed: May 15, 2026 |
| Respondents and Defendants, | Trial Date: TBD |
| SABLE OFFSHORE CORP., et al., | |
| Real Parties in Interest | |

1

**REPLY**

Respondent California Department of Forestry and Fire Protection's Office of the State Fire Marshal (OSFM) appreciates that, although OSFM did not ask for the opportunity to submit a reply brief, the Court's order invites a reply brief. Because the Court has already received several briefs addressing remand, OSFM will keep this short:

1. The U.S. and Sable's statements that OSFM forfeited or conceded arguments are meaningless because federal jurisdiction is not waivable. *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181 (9th Cir. 2004) ("challenges to a federal court's subject matter jurisdiction cannot be waived and may be raised at any time"). The only issues that might be waivable are timeliness and state sovereign immunity, both of which OSFM has contested.

2. The U.S. and Sable allege that an order by a federal agency cannot be the kind of order that starts the 30-day clock for removal. It does not appear that any of the cited cases concern a federal agency order that itself took the action that the agency says confers federal jurisdiction. But even if they are correct, and the filings in the state court case start the 30-day clock, the Petitioners filed the relevant motion on Monday, March 16, 2026—over 55 days before removal. Those papers are filed in this case, specifically:

      a. Motion to Enforce Preliminary Injunction: ECF 37 at 71-83;

      b. Supporting Declaration: ECF 37 at 84-86;

      c. Exhibits to Supporting Declaration: ECF 37 at 87-143.

Notably, the supporting declaration identifies Sable's press release that explains the Wright Order, ECF 37 at 85 ¶ 6, and attached Sable's press release as an exhibit, ECF 37 at 136-38. If the Court accepts the U.S. and Sable's allegations concerning their basis for removal under the federal officer statute, then these documents clearly placed them on notice that the Superior Court's preliminary injunction made it unlawful for Sable to restart CA-324/325 *and* that Petitioners

sought to enforce that injunction, including requiring Sable to cease its violations of the preliminary injunction.

The Superior Court's order on April 17 did not alter the status of Petitioners' motion except to change its hearing date. No party needed additional court proceedings to understand that Sable was violating the state court's preliminary injunction. *See, e.g.*, ECF 46-1 at 31-32.

3. Where a claim against a state can be made in state court but not in federal court, consistent with *Pennhurst*, the remedy is to remand. *See Kruse v. Hawaii*, 68 F.3d 331, 334 n.2 (9th Cir. 1995) (explaining that remand is appropriate if the claims could be asserted in state court).

Dated:  June 5, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
MYUNG J. PARK
Supervising Deputy Attorney General

*/s/ Michael S. Dorsi*
MICHAEL DORSI
Deputy Attorney General
*Counsel for Plaintiffs California Department of Forestry and Fire Protection's Office of the State Fire Marshal, et al.*

3

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for California Department of Forestry and Fire Protection's Office of the State Fire Marshal, certifies that this statement contains 429 words, which complies with the word limit of L.R. 11-6.1.


Dated:  June 5, 2026                                    Respectfully submitted,

                                                       ROB BONTA
                                                       Attorney General of California
                                                       MYUNG J. PARK
                                                       Supervising Deputy Attorney General

                                                       */s/ Michael S. Dorsi*
                                                       MICHAEL DORSI
                                                       Deputy Attorney General
                                                       *Counsel for Plaintiffs California*
                                                       *Department of Forestry and Fire*
                                                       *Protection's Office of the State Fire*
                                                       *Marshal, et al.*