UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No.: | **2:26-cv-05242-SVW-SSC** | Date: | June 8, 2026 |

| | |
|---|---|
| Title: | Center For Biological Diversity et al v. California Department of Forestry and Fire Protection et al |

Present: The Honorable     **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 6-8-2026 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Talia Nimmer | Michael Stephen Dorsi |
| Jeremy Mark Frankel | Jessica Stebbins Bina |
| Linda Krop | Nicholas McDaniel |
| Stefan J Bachman | Rafe Petersen |
| | Adam Gustafson |

**Proceedings:**     MOTION to Remand Case to Santa Barbara County Superior Court filed by Defendant [46]

EX PARTE APPLICATION to Remand Case to Santa Barbara Superior Court filed by Petitioners [44]

EX PARTE APPLICATION to Remand Case to Santa Barbara Superior Court filed by Petittioners [45]

        Case called. For the reasons stated on the record, the requests for remand (Docket Entries [44] [45] [46]) are taken under submission.

15