HOLLAND & KNIGHT LLP
   Andrew Klair (Bar No. 334960)
   *andrew.klair@hklaw.com*
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
   James W. Noe (*pro hac vice* pending)
   *jim.noe@hklaw.com*
   Rafe Petersen (*pro hac vice*)
   *rafe.petersen@hklaw.com*
   Matthew Z. Leopold (*pro hac vice* pending)
   *matt.leopold@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

LATHAM & WATKINS LLP
   Jessica Stebbins Bina (Bar No. 248485)
   *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
   Nicholas McDaniel (*pro hac vice*)
   *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

*Attorneys for Real Parties in Interest Sable*
*Offshore Corp. and Pacific Pipeline Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    *Petitioners/Plaintiffs,*<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,<br><br>    *Respondents/Defendants*. | Case No. 2:26-cv-05242-SVW-SSCx<br><br>**RESPONSE TO PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY, ECF 97**<br><br>Judge: Hon. Stephen V. Wilson |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:26-cv-05242-SVW-SSCx
RESP. TO PET'RS'
NOTICE OF SUPPL. AUTHORITY

SABLE OFFSHORE CORP., et al.,

*Real Parties in Interest.*

ENVIRONMENTAL DEFENSE CENTER, et al.,

*Petitioners/Plaintiffs,*

v.

CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,

*Respondents/Defendants.*

SABLE OFFSHORE CORP., et al.,

*Real Parties in Interest.*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:26-cv-05242-SVW-SSCx
RESP. TO PET'RS'
NOTICE OF SUPPL. AUTHORITY

Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable") respectfully respond to the Notice of Supplemental Authority, ECF 97, submitted by Petitioners Center for Biological Diversity et al. (collectively, "Petitioners").  Petitioners argue the Supreme Court's decision in *T.M. v. University of Maryland Medical System Corp.*, No. 25-197 (U.S. June 18, 2026), "refutes Sable's position that the *Rooker-Feldman* doctrine is inapplicable."  ECF 97 at 3.

Under *Rooker-Feldman*, "federal district courts lack jurisdiction over 'cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments.'"  Slip op. at 1.  The *T.M.* decision clarified that *Rooker-Feldman* applies not only to final state-court judgments but also to state judgments awaiting state appellate review.  *Id.* at 1.

That holding is irrelevant here.  As this Court and multiple other circuits have held, "the *Rooker-Feldman* doctrine has no application to a properly removed case"—not because the state-court judgment is nonfinal but because removal is not a parallel attempt to review a state-court judgment.  *Donel v. Greenbelt Res. Corp.*, No. 2:22-CV-07495-SVW-E, 2023 WL 4677023, at *1 (C.D. Cal. June 8, 2023) (Wilson, J.) (collecting cases); *see also* ECF 93 at 17-18.  Accordingly, this Court "takes the case as it finds it on removal and treats everything that occurred in the state court as if it had taken place in federal court," meaning it "may grant relief from judgment pursuant to Rule 60(b)."  *Id.* at *2.  Petitioners' contrary view—that *Rooker-Feldman* immunizes all pre-removal determinations from post-removal challenge—runs afoul of the Supreme Court's holding that there is "no question of the power of the District Court to dissolve [an] injunction" from a pre-removal state court. *Avco Corp. v. Aero Lodge No. 735*, 390 U.S. 557, 561 n.4 (1968).  The *T.M.* decision—which "neither expands nor constrains *Rooker-Feldman*," but "leaves the doctrine as it found it," slip op. at 18—does not alter this straightforward analysis.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:26-cv-05242-SVW-SSCx
RESP. TO PET'RS'
NOTICE OF SUPPL. AUTHORITY

Dated:  July 1, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Jessica Stebbins Bina*
　Jessica Stebbins Bina
　*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
　Nicholas McDaniel (*pro hac vice*)
　*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
　Andrew Klair (Bar No. 334960)
　*andrew.klair@hklaw.com*
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
　James W. Noe (*pro hac vice* pending)
　*jim.noe@hklaw.com*
　Rafe Petersen (*pro hac vice*)
　*rafe.petersen@hklaw.com*
　Matthew Z. Leopold (*pro hac vice*
　pending)
　*matt.leopold@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Attorneys for Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:26-cv-05242-SVW-SSCx
RESP. TO PET'RS'
NOTICE OF SUPPL. AUTHORITY