[The names and parties submitting this document are listed immediately following the case caption]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al., | Case No. 2:26-cv-05242-SVW-SSCx |
| Petitioners/Plaintiffs, | **JOINT STIPULATION TO SET COORDINATED BRIEFING SCHEDULE FOR THE UNITED STATES OF AMERICA'S MOTION FOR LIMITED INTERVENTION** |
| v. | |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION et al., | |
| Respondents/Defendants. | |

SABLE OFFSHORE CORP. et al.,

    Real Parties in Interest.

ENVIRONMENTAL DEFENSE CENTER et al.,

    Petitioners/Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF
FORESTRY AND FIRE
PROTECTION et al.,

             Respondents/Defendants.
_____

SABLE OFFSHORE CORP et al.,

        Real Parties in Interest.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
BRADLEY CRAIGMYLE
JUSTIN D. HEMINGER
Deputy Assistant Attorneys General
STEFAN J. BACHMAN (DC Bar Number 90008649)
Email: stefan.bachman@usdoj.gov
Senior Attorney
Environment and Natural Resources Division
United States Department of Justice
150 M Street, N.E., Room 2.900
Washington, DC 20002
Tel: (202) 598-9566
*Counsel for United States of America*

LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152

*Counsel for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
DAVID PETTIT (Bar No. 67128)
dpettit@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Counsel for Center for Biological Diversity and Wishtoyo Foundation*

ROB BONTA
Attorney General of California
MYUNG PARK
Supervising Deputy Attorney General
MICHAEL S. DORSI
Deputy Attorney General
State Bar No. 281865
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3802
Fax:  (415) 703-5480
E-mail:  Michael.Dorsi@doj.ca.gov
*Counsel for California Department of Forestry and Fire Protection's Office of the State Fire Marshal*

LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (pro hac vice)
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900
San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (pro hac vice pending)
jim.noe@hklaw.com
Rafe Petersen (pro hac vice)
rafe.petersen@hklaw.com
Matthew Z. Leopold (pro hac vice pending)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

*Counsel for Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company*

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The United States of America, Petitioners Center For Biological Diversity et al. and Environmental Defense Center et al. ("Petitioners"), Defendants California Department of Forestry and Fire Protection et al. ("Defendants"), and Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company ("Sable"), by and through their respective counsel of record, enter into the following Stipulation to set a briefing schedule for the United States' forthcoming Motion for Limited Intervention.

WHEREAS, the United States and Sable removed this case to federal court on May 14, 2026;

WHEREAS, the United States expects to file a Motion for Limited Intervention in this case.

**IT IS THEREFORE STIPULATED** by and among the Parties that:

1. The United States will file its Motion for Limited Intervention by August 17, 2026, and notice the Motion for hearing on September 28, 2026.

2. Any opposition to the Motion shall be filed by August 31, 2026.

3. The United States shall file its reply to any oppositions by September 14, 2026.

WHEREFORE, the Parties respectfully submit this stipulation to the Court for approval and have attached a Proposed Order.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
BRADLEY CRAIGMYLE

1

JUSTIN D. HEMINGER
Deputy Assistant Attorneys General

/s/ *Stefan J. Bachman*[1]
STEFAN J. BACHMAN (DC Bar No. 90008649)
Email: stefan.bachman@usdoj.gov
Senior Attorney
Environment and Natural Resources Division
United States Department of Justice
150 M Street, NE, Room 2.900
Washington, DC 20002
(202) 598-9566
*Counsel for United States of America*

/s/ *Linda Krop*
LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152
*Counsel for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

/s/ *Talia Nimmer*
JULIE TEEL SIMMONDS (Bar No. 208202)
jteelsimmonds@biologicaldiversity.org
DAVID PETTIT (Bar No. 67128)
dpettit@biologicaldiversity.org
TALIA NIMMER (Bar No. 331002)
tnimmer@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY

---

[1] Filer attests that all signatories concur in this filing's content and have authorized the filing.

2

2100 Franklin Street, Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
*Counsel for Center for Biological Diversity and Wishtoyo Foundation*


ROB BONTA
Attorney General of California
MYUNG PARK
Supervising Deputy Attorney General

/s/ *Michael S. Dorsi*
MICHAEL S. DORSI
Deputy Attorney General
State Bar No. 281865
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3802
Fax:  (415) 703-5480
E-mail:  Michael.Dorsi@doj.ca.gov
*Counsel for California Department of Forestry and Fire Protection's Office of the State Fire Marshal*


LATHAM & WATKINS LLP

/s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina (Bar No. 248485)
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501


HOLLAND & KNIGHT LLP
Andrew Klair (Bar No. 334960)
andrew.klair@hklaw.com
560 Mission St., Suite 1900

3

San Francisco, CA 94105
Telephone: +1 415.743.6962
James W. Noe (pro hac vice pending)
jim.noe@hklaw.com
Rafe Petersen (pro hac vice)
rafe.petersen@hklaw.com
Matthew Z. Leopold (pro hac vice pending)
matt.leopold@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525

BABST CALLAND
Nicholas McDaniel (pro hac vice)
nmcdaniel@babstcalland.com
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

*Counsel for Real Parties in Interest Sable Offshore Corp. and Pacific Pipeline Company*

4