United States District Court
Central District of California
Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 19, 2026

Superior Court of California
County of Santa Barbara
1100 Anacapa Street
Santa Barbara, CA 93101

Re: Case Number: 2:26-cv-05242-SVW-SSCx

Previously Superior Court Case No.: 25CV02244

Case Name: Center For Biological Diversity et al v. California Department of Forestry and

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on August 19, 2026, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

- [x] United States Courthouse<br>255 East Temple St., Suite TS-134<br>Los Angeles, CA 90012
- [ ] United States Courthouse<br>411 West Fourth St., Room 1053<br>Santa Ana, CA 92701-4516
- [ ] United States Courthouse<br>3470 Twelfth St., Room 134<br>Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

*Encls.*

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: ______________________
Deputy Clerk

______________________
Date