**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **Central Distict of California**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:26-cv-05242

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/14/2026

Date of judgment or order you are appealing: 08/19/2026

Docket entry number of judgment or order you are appealing: 101

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ◉ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List* ***each*** *party filing the appeal. Do not use "et al." or other abbreviations.)*

United States of America

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

N/A

City: N/A State: N/A Zip Code: N/A

Prisoner Inmate or A Number (if applicable): N/A

**Signature** /s/ Stefan J. Bachman **Date** 10/19/2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Kenneth A. Klukowski; Stefan J. Bachman

Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530

Telephone number(s): 202-305-5426; 202-598-9566

Email(s): Kenneth.Klukowski@usdoj.gov; Stefan.Bachman@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Environmental Defense Center; Get Oil Out!; Santa Barbara County Action Network; Sierra Club; Santa Barbara Channelkeeper

Name(s) of counsel (if any):

See attachment

Address: See attachment

Telephone number(s): See attachment

Email(s): See attachment

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

**Appellees**

Name(s) of party/parties:

Center for Biological Diversity; Wishtoyo Foundation

Name(s) of counsel (if any):

See Attachment

Address: See attachment

Telephone number(s): See attachment

Email(s): See attachment

Name(s) of party/parties:

California Department of Forestry & Fire Protection; Office of the State Fire Marshal; Daniel Berlant, in his official capacity

Name(s) of counsel (if any):

See attachment

Address: See attachment

Telephone number(s): See attachment

Email(s): See attachment

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Attorneys for Appellees Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper:**

Linda Krop
Jeremy M. Frankel
906 Garden Street
Santa Barbara, CA 93101
805-963-1622 (Krop)
805-963-101 (Frankel)
lkrop@EnvironmentalDefenseCenter.org
jfrankel@EnvironmentalDefenseCenter.org

**Attorneys for Appellees Center for Biological Diversity and Wishtoyo Foundation:**

Julie Teel Simmonds
Talia Nimmer
David R. Pettit
2100 Franklin St., Suite 375
Oakland, CA 94622
510-844-7133 (Simmonds)
510-844-7100 (Nimmer)
510-844-7150 (Pettit)
jteelsimmonds@biologicaldiversity.org
tnimmer@biologicaldiversity.org
dpettit@nrdc.org

**Attorneys for Appellees California Department of Forestry & Fire Protection, Office of the State Fire Marshal, and Daniel Berlant, in his official capacity**

Michael Dorsi
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-510-3802

Michael.Dorsi@doj.ca.gov

Michael T. Zarro
300 S. Spring St., Suite 1702
Los Angeles, CA
213-269-6635
Michael.Zarro@doj.ca.gov